IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| RIGHT OF WAY MAINTENANCE § | |
| EQUIPMENT COMPANY, § | Case No. 09-35037 |
| § | |
| DEBTOR. § | |
| § | |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 1 1 2009

Clerk of Court

## MOTION FOR EXPEDITED HEARING TO LIFT THE BANKRUPTCY STAY OF RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **JIM HAY** and **VIRGIL ABKE**, Movants herein, and seek relief to lift the bankruptcy stay of **RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY** (hereinafter referred to as **ROWMEC**) and would show unto the Court as follows:

I.

On or about July 13, 2009, **ROWMEC** filed Chapter 11 bankruptcy.

II.

On August 13, 2008, suit was filed against **ROWMEC** in a case styled _Jim Hay vs. Champion Rentals, Inc. Jon Daggett and Gehl Company_, Cause No. 24,282, Walker County, Texas, 12th Judicial District.

On October 8, 2008, suit was filed against **ROWMEC** in a case styled _Virgil Abke vs. Champion Rentals, Inc. Jon Daggett, Gehl Company, Right-of-Way Maintenance Equipment Company, Inc. and Denis Cimaf, Inc._, Cause No.08-10-09580, Montgomery County, Texas, 9th Judicial District.

III.

The remaining parties to the aforementioned State Court lawsuits, with the exception of **ROWMEC**, have agreed to attend mediation on September 17 and 18, 2009.

The mediation dates being in the near future serve as the basis of Movants' Motion for Expedited Hearing to Lift the Bankruptcy Stay of **ROWMEC**.

IV.

Movants hereby request an oral hearing on this matter.

WHEREFORE, PREMISES CONSIDERED, your Movants pray that their Motion for Expedited Hearing be GRANTED and for such other and further relief, both general and special, at law and in equity, to which they may show themselves justly entitled, and in duty bound will ever pray.

Respectfully submitted,

ROGER KNIGHT, JR., INC.
ATTORNEYS AT LAW
P. O. BOX 925
MADISONVILLE, TEXAS 77864
(936)348-3543
(936)348-5433(FAX)

BY: _____
KEVIN R. KNIGHT 11601400
FEDERAL COURT - 10885
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11 day of August, 2009, service required under these rules was made pursuant to Rule 21a.

_____
KEVIN R. KNIGHT

In Re: Right of Way Maintenance Equipment Company, Debtor
Motion for Expedited Hearing
Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>**RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY,**<br><br>　　　DEBTOR. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 09-35037 |

## ORDER

　　On the _____ day of _____, 2009, the Court heard the Motion to Expedite the Hearing on the Movants' Motion to Lift the Bankruptcy Stay of **RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY** and hereby GRANTS the Movants' Motion for an Expedited Hearing.

　　It is the ORDER of this Court that the Movants' Motion will be set for an oral hearing on the ____ day of August, 2009, at _____ ___.m.

_____
JUDGE PRESIDING