

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
08/14/2009

| | |
|---|---|
| IN RE: § § § **RIGHT OF WAY MAINTENANCE** § **EQUIPMENT COMPANY,** § §   **DEBTOR.** § § § | **Chapter 11**  **Case No. 09-35037** |

## ORDER

On the _____ day of _____, 2009, the Court heard the Motion to Expedite the Hearing on the Movants' Motion to Lift the Bankruptcy Stay of **RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY** and hereby GRANTS the Movants' Motion for an Expedited Hearing.

It is the ORDER of this Court that the Movants' Motion will be set for an oral hearing on the 2 day of ~~August~~ Sept, 2009, at 10:00 A.m.

8-14-09

_____
JUDGE PRESIDING