IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> RIGHT OF WAY MAINTENANCE § <br> EQUIPMENT COMPANY, § <br> § <br> DEBTOR. § <br> § | Chapter 11 <br><br> Case No. 09-35037 |

## NOTICE OF DISTRIBUTION OF RETAINER

TO THE HONORABLE KAREN K. BROWN, UNITED STATES BANKRUPTCY JUDGE:

**PENDERGRAFT & SIMON** ("P&S"), counsel for **RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY** ("Debtor") hereby files this Notice of Distribution of Retainer.

1. The Debtor's chapter 11 case was filed on July 13, 2009. Prior to filing, the Debtor's case, ROWMEC signed a Power of Attorney and Fee Contract in which the Debtor agreed to place an immediate retainer with P&S in the amount of $10,000, and agreed to increase said retainer to $20,000 as soon as ROWMEC was able to do so. On July 23, 2009, ROWMEC filed an application to employ P&S, attached to which was an unsworn declaration under 11 U.S.C. §§ 329 and 504 and under Bankruptcy Rules 2014(a) and 2016(b) (the "Declaration") where these terms of engagement were disclosed. On July 28, 2009, said application was approved by the Court. Document No. 10.

2. A bill was issued for the work that was performed prepetition in the amount of $7,262.50 in fees and $1,039.00 for the filing fee, and said amount was paid from the $10,000 retainer. The retainer balance, $2,737.50, remains in P&S' IOLTA Trust Account. In addition, the ROWMEC has placed an additional $7,500 in trust to satisfy its commitment to place a total

1

retainer with P&S in the amount of $20,000.  The retainer now in trust is $10,237.50.

3. On July 31, P&S issued two invoices as follows:

   a. Invoice for $25,583 for fees relating to work performed in Adversary 09-03303, including the following: investigation of court files and documents provided by ROWMEC; numerous meetings and telephone calls with ROWMEC principals and former counsel, Don Stocking; extensive research of numerous legal issues; numerous drafts and re-drafts of the original complaint.  Leonard Simon spent 41.50 hours on these matters, Robert Pendergraft spent 56.35 hours on these matters, both at an hourly rate of $250.00.  Cecilia D. Sanchez, a paralegal, spent 12.45 hours at an hourly rate of $90.00.

   b. Invoice for $4,204.00 for fees and expenses relating to general chapter 11 work.  The work included the following:  Preparation of suggestion of bankruptcy and proceeding to Judge Hancock's court to present same at the hearing; meetings with client representatives to assist in preparation of materials for Initial Debtor's Conference; preparation of engagement application, declaration and proposed order; written and email communications with attorneys for several creditors and adversaries; several exchanges with the US Trustee; and preparation of 2004 Exam of Cambridge and negotiate with attorney for Cambridge to voluntarily turn over documents.  Leonard Simon spent 8.50 hours on these matters at an hourly rate of $350.00.  Cecilia D. Sanchez, a paralegal, spent 4.6 hours at an hourly rate of $100.00.

4. Under Local Rule 2015, a retainer may be applied to fees and expenses only if no objection has been filed and 20 days have elapsed from the filing and service of a notice for the distribution of a retainer.

Respectfully submitted this 16th day of August 2009.

>                                 */s/ Leonard H. Simon*
>                                 Leonard H. Simon, Esq.
>                                 TBN: 18387400; SDOT: 8200
>                                 The Riviana Building
>                                 2777 Allen Parkway, Suite 800
>                                 Houston, Texas 77019
>                                 (713) 737-8207 (Direct)
>                                 (832) 202-2810 (Direct Fax)
>                                 lsimon@pendergraftsimon.com
>                                 COUNSEL FOR DEBTOR

OF COUNSEL:

PENDERGRAFT & SIMON
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(713) 868-1267 (Main Fax)

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in the case on this 16th day of August 2009. Additionally, this notice was served on the parties listed on the attached matrix by regular mail on the 17th day of August 2009.

/s/ Leonard H. Simon
Leonard H. Simon

## SERVICE LIST

| | | |
|---|---|---|
| AT&T<br>P O Box 65057<br>Dallas, TX  75265 | Alamo Iron Works<br>P O Box 231<br>San Antonio, TX 78291-0231 | Alltex Interior Supply, Inc<br>P O Box 5533<br>Bryan, TX 77805-5533 |
| American Coatings<br>P O Box 1426<br>Tomball, TX 77377-1426 | Ample Computer Service<br>1528 Avenue O<br>Huntsville, TX 77340-4452 | Bandas Law Firm<br>500 N. Shoreline #1020<br>Corpus Christi, TX 78471-1010 |
| Bandas Law Firm<br>C/o Michael S. Hays<br>1233 West Loop South, Suite 1000<br>Houston, Texas 77027-9109 | Bickley, Prescott & Company<br>901 Normal Park #2060<br>Huntville, TX 77320-3770 | Bio Fuel Consultants of North America<br>9250 Corkscrew Road, Suite 8<br>Estero, Fl 33928-3216 |
| CME-Conveying & Mining Equip.<br>8300 Hempstead * Suite A<br>Houston, Texas 77008-6175 | CMG/Cambridge Management Group, LLC<br>266 Harristown Road * Suite #300<br>Glen Rock, NJ 07452-3321 | CMG/Cambridge Management Group, LLC<br>C/O Alexander Chae<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5011 |
| CNH Capital<br>Dept. CH 10460<br>Palatine, ILL 60055-0460 | CNH Capital<br>P O Box 3038<br>Evansville, IN 47730-3038 | Capital One<br>P O Box 60599<br>CIty of Industry, CA  91716-0599 |
| Christopher R. Johnston<br>Firth, Johnston & Martinez<br>415 N. Mesa, Third Floor<br>El Paso, Texas 79901 | Conroe Mill Supply<br>P O Box 447<br>Conroe, TX 77305-0447 | Conroe Welding Supply<br>415 South Frazier<br>Conroe, TX 77301-5098 |
| Delta Dental/Allied Administrators<br>P O Box 45793<br>San Fransisco, CA 94145-0793 | Don Stocking<br>2040 N. Loop 336 West<br>Conroe, TX 77304-3500 | Eager Beaver (Dietrich)<br>21838 Magnolia Hills Drive<br>Magnolia, Texas 77354-7633 |
| Exxon<br>P.O. Box 5727<br>Carol Stream, IL 601975727 | Flexaire Manufacturing<br>10430 - 180 Street<br>Edmonton, AB, Canda T55 1C3 | Home Depot Credit Services<br>P. O. Box 6029<br>The Lakes, NV 88901-6029 |
| Independent Hydraulic<br>P O Box 1127<br>Conroe, TX 77305-1127 | Inlands Technology<br>401 East 27th Street<br>Tcoma, WA 98421-1203 | J & S Equipment<br>1583 Memorial Lane<br>Conroe, TX 77304-1608 |

| | | |
|---|---|---|
| J&B Auto<br>11635 Highway 105E<br>Conroe, TX 77306-5371 | Joan M. O'Hagan<br>P. O. Box 853<br>New Waverly, TX 77358-0853 | John F. Bryan<br>8291 Lakeside Drive<br>Englewood, FL 34224-7687 |
| John O'Hagan, Sr.<br>2271 Teas Crossing Drive<br>Conroe, TX 77304-7301 | John P. O'Hagan, Sr.<br>2271 Teas Crossing Drive<br>Conroe, TX 77304-7301 | Karen E. O'Hagan<br>15625 Tobacco Road<br>Montgomery, TX 77316-2443 |
| King Kong Tools<br>753 Church Street<br>Buford, GA 30518-3358 | Lester Buzbee, III<br>116 S. Avenue C<br>Humble, TX 77338-4503 | Lowe & Associates<br>177 Meeting Street #400<br>Charleston, SC 29401-3189 |
| M-Fab & Machine<br>17781 Hwy 105<br>Conroe, TX 77306-5913 | Paychex, Inc.<br>11777 Katy Freeway #200<br>Houston, Texas 77079-1772 | Peterson Pacific Corporation<br>29408 Airport Road<br>Eugene, Oregon 97402-9541 |
| Pitney Bowes Global Finance Serv.<br>P. O. Box 856460<br>Louisville, KY 40285-6460 | Premium Assignment Corp./<br>Catlin Specialty Ins. Group<br>P O Box 3066<br>Tallahassee, FL 32315-3066 | Principal Insurance<br>P O Box 14513<br>Des Moines, IA 50306-3513 |
| Randy Welch<br>14242 Carneswood<br>Tomball, TX 77375-4009 | Risley Equipment<br>10820-89 Avenue<br>Grand Prairie, Alberta Canada T8* 6R7 | Rollling Thunder - Kat Meyers<br>11402 E. J. Hawk<br>Houston, Texas 77044-5867 |
| Scott A. O'Hagan, Sr.<br>P O Box 977<br>New Waverly, TX 77358-0977 | Shell<br>P. O. Box 689010<br>Des Moines, IA 50368-9010 | Soapman of Texas<br>1414 S. Frazier #103<br>Conroe, TX 77301-4475 |
| Soft Trac Supply<br>12 Phillips Drive SE<br>Carterville, GA 30121-2476 | Strouhal Tire<br>P O Box 671579<br>Dallas, TX 75267-1579 | SunSource Distribution<br>P O Box 200794<br>Dallas, TX 75320-0794 |
| UPS<br>P O Box 7247-0244<br>Philadelphia, PA | UPS<br>P O Box 7247-0244<br>Philadelphia, PA 19170-0001 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Unifirst<br>12700 SH 30 Suite #100<br>College Station, TX 77845 | William S. O'Hagan, Jr.<br>15625 Tobacco Road<br>Montgomery, TX 77316-2443 | Right of Way Maintenance<br>Equipment Company<br>11443 Old Hwy 105 East<br>Conroe, Texas 77303-5463 |