IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | Case No. 09-35037 |
| EQUIPMENT COMPANY, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**<u>BANDAS LAW FIRM, P.C., CHRISTOPHER A. BANDAS, JEFFREY D. MEYER, AND MOULTON & MEYER, LLP'S NOTICE OF OPPOSITION TO DEBTOR RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY'S EXPEDITED MOTION FOR USE OF CASH COLLATERAL</u>**

TO THE HONORABLE KAREN K. BROWN, UNITED STATES BANKRUPTCY JUDGE:

Bandas Law Firm, P.C., Christopher A. Bandas, Jeffrey D. Meyer, and Moulton & Meyer, LLP ("Respondents") hereby file this Notice of Opposition to Debtor Right of Way Maintenance Equipment Company's ("Rowmec") Expedited Motion for Use of Cash Collateral (Dkt. #20), as follows:

Rowmec recently filed an adversary proceeding against Respondents.[1] However, Respondents have not yet appeared in that lawsuit. Respondents hereby notify the Court, and counsel for all parties, that they oppose Rowmec's expedited motion for use of cash collateral and will submit a response to that motion in accordance with the Local Rules for the United States Bankruptcy Court for the Southern District of Texas, Houston Division. Further, Respondents will submit briefing to the Court regarding jurisdictional matters that preclude the Court from acting on Rowmec's request. Respondents will show that the funds at issue are the subject of litigation that was commenced before Rowmec's bankruptcy petition and are being

---

[1] *See Right of Way Maintenance Equipment Company v. Cambridge Management Group*, *LLC*, Adversary No. 09-03303; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

1

held pursuant to an order from the Court that has dominant jurisdiction.  Further, Respondents intend to file a motion to lift the automatic stay in order to continue litigation commenced before Rowmec's bankruptcy proceeding.

                Respectfully submitted,

                **HAYS, McCONN, RICE & PICKERING**

                By:    /s/ Michael M. Gallagher w/permission
                    Michael S. Hays
                    State Bar No. 09304500
                    1233 West Loop South, Suite 1000
                    Houston, Texas 77027
                    Telephone: (713) 654-1111
                    Facsimile: (713) 650-0027
                    Email: mhays@haysmcconn.com

                **ATTORNEY-IN-CHARGE FOR BANDAS LAW FIRM, P.C., CHRISTOPHER A. BANDAS, JEFFREY D. MEYER, AND MOULTON & MEYER, LLP**

**OF COUNSEL:**

**HAYS, McCONN, RICE & PICKERING**
Michael M. Gallagher
State Bar No. 24040941
Southern District of Texas No. 560357
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 654-1111
Facsimile: (713) 650-0027
Email: mgallagher@haysmcconn.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing instrument has been duly sent via CM/ECF on this the twenty-sixth day of August, 2009 to all counsel of record.

                        /s/ Michael M. Gallagher
                    Michael M. Gallagher