UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIGHT OF WAY MAINTENANCE | § | Case No. 09-35037 |
| EQUIPMENT COMPANY, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

THE SHACKELFORD LAW FIRM'S AND PATRICIA A. SHACKELFORD'S
NOTICE OF OPPOSITION TO DEBTOR RIGHT OF WAY MAINTENANCE
EQUIPMENT COMPANY'S EXPEDITED MOTION FOR USE OF
CASH COLLATERAL

TO THE HONORABLE JUDGE OF SAID COURT:

The Shackelford Law Firm and Patricia A. Shackelford (collectively, "Shackelford") hereby file this Notice of Opposition to Debtor Right of Way Maintenance Equipment Company's ("Rowmec") Expedited Motion for Use of Cash Collateral (Dkt. #20), as follows:

Shackelford hereby joins, adopts and incorporates by reference as if fully set forth below the entirety of the Notice of Opposition of Bandas Law Firm, P.C., Christopher A. Bandas, Jeffery D. Meyer, and Moulton & Meyer, L.L.P.

On August 5, 20098, Rowmec filed an adversary proceeding against Shackelford.[1] Shackelford has not yet appeared in that lawsuit. Shackelford hereby notifies the Court, and counsel for all parties, that she opposes Rowmec's expedited motion for use of cash collateral and will submit a response to that motion in accordance with the Local Rules for the United States Bankruptcy Court for the Southern District of Texas, Houston Division.  Further,

---

[1] *Right of Way Maintenance Equipment Company v. Cambridge Management Group, LLC, et. al,* Adversary No. 09-03303; in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

Shackelford will submit briefing to the Court regarding jurisdictional matters that preclude the Court from acting on Rowmec's request. Shackelford will show that the funds at issue are the subject of litigation that was commenced before Rowmec's bankruptcy petition and are being held pursuant to an order from the Court that has dominant jurisdiction. Further, Shackelford intends to file a motion to lift the automatic stay in order to continue litigation commenced before Rowmec's bankruptcy proceeding.

> Respectfully submitted,
>
> **CRUSE, SCOTT, HENDERSON & ALLEN, L.L.P.**
>
> By: _____/s/ Lauren Held Harris_____
> Billy Shepherd
> Texas Bar No. 18219700
> Federal I.D. No. 10666
> 2777 Allen Parkway, 7th Floor
> Houston, Texas  77019–2133
> Telephone No. (713) 650–6600
> Telecopier No. (713) 650–1720
> Email bshepherd@crusescott.com
>
> **ATTORNEY IN CHARGE FOR
> THE SHACKELFORD LAW FIRM AND
> PATRICIA A. SHACKELFORD**

**OF COUNSEL:**

David J. McTaggart
State Bar No. 00784582
Federal I.D. No. 18943
dmctaggart@crusescott.com

Lauren Held Harris
State Bar No. 24046052
Federal I.D. No. 569704
lharris@crusescott.com

- 3 -

## **CERTIFICATE OF SERVICE**

     I hereby certify that on Friday, August 28, 2009 a true and correct copy of the foregoing instrument was forwarded to all counsel of record via CM/ECF pursuant to FED. R. CIV. P. 5 and FED. R. BANKR. P. 7005.

                                        /s/ Lauren Held Harris
                                        Lauren Held Harris