

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/02/2009

| | |
|---|---|
| IN RE:<br><br>RIGHT OF WAY MAINTENANCE<br>EQUIPMENT COMPANY,<br><br>DEBTOR. | §§§§§§§§ Chapter 11<br><br>Case No. 09-35037 |

### ORDER

On the _____ day of _____, 2009, the Court heard the Motion to Lift the Bankruptcy Stay of **RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY** and hereby GRANTS the relief sought therein allowing lawsuits styled <u>Jim Hay vs. Champion Rentals, Inc. Jon Daggett and Gehl Company</u>, Cause No. 24,282, Walker County, Texas, 12th Judicial District and <u>Virgil Abke vs. Champion Rentals, Inc. Jon Daggett, Gehl Company, Right-of-Way Maintenance Equipment Company, Inc. and Denis Cimaf</u>, Inc., Cause No.08-10-09580, Montgomery County, Texas, 9th Judicial District, to proceed to mediation and to further allow both lawsuits to proceed, including a trial on the merits.

It is further ORDERED that any mediation or proceeding in ~~either~~ each trial lawsuit shall not ~~affect~~ ~~or pertain to~~ **RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY** which shall be dismissed from each case within 10 Days. ~~until further Order of this Court.~~

~~It is the ORDER of this Court that the Movants' Motion will be set for an oral hearing on the ____ day of August, 2009, at _____ .m.~~

9-2-09
Date

_____
JUDGE PRESIDING