IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> RIGHT OF WAY MAINTENANCE § <br> EQUIPMENT COMPANY, § <br> § <br> DEBTOR. § <br> § | Chapter 11 <br><br> Case No. 09-35037 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled on Debtor's Expedited Motion for Use of Cash Collateral for the 4th day of September 2009, at 11:30 a.m., 515 Rusk Street, Courtroom 403, Fourth Floor, Houston, Texas 77002.

Respectfully submitted this 2nd day of September 2009.

/s/ Leonard H. Simon
Leonard H. Simon, Esq.
TBN: 18387400; SDOT: 8200
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 737-8207 (Direct)
(832) 202-2810 (Direct Fax)
lsimon@pendergraftsimon.com
COUNSEL FOR DEBTOR

OF COUNSEL:

PENDERGRAFT & SIMON
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(713) 868-1267 (Main Fax)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in the case on this 2nd day of September 2009. Additionally, this notice was faxed to counsel for Cambridge, David Elder of the Gardere firm, counsel for Bandas, Michael S. Hays, of the McConn, Rice & Pickering firm, and counsel for The Shackelford Law Firm and Patricia A. Shackelford, Lauren Harris, of the Cruse, Scott, Henderson & Allen firm on the 2nd day of September 2009. A copy of this notice was served on the parties listed on the attached matrix by regular mail on the 2nd day of September 2009.

/s/ *Leonard H. Simon*
Leonard H. Simon

## SERVICE LIST

| | | |
|---|---|---|
| AT&T<br>P O Box 65057<br>Dallas, TX 75265 | Alamo Iron Works<br>P O Box 231<br>San Antonio, TX 78291-0231 | Alltex Interior Supply, Inc<br>P O Box 5533<br>Bryan, TX 77805-5533 |
| American Coatings<br>P O Box 1426<br>Tomball, TX 77377-1426 | Ample Computer Service<br>1528 Avenue O<br>Huntsville, TX 77340-4452 | Bandas Law Firm<br>500 N. Shoreline #1020<br>Corpus Christi, TX 78471-1010 |
| Bandas Law Firm<br>C/o Michael S. Hays<br>1233 West Loop South, Suite 1000<br>Houston, Texas 77027-9109 | Bickley, Prescott & Company<br>901 Normal Park #2060<br>Huntville, TX 77320-3770 | Bio Fuel Consultants of North America<br>9250 Corkscrew Road, Suite 8<br>Estero, Fl 33928-3216 |
| CME-Conveying & Mining Equip.<br>8300 Hempstead * Suite A<br>Houston, Texas 77008-6175 | CMG/Cambridge Management Group, LLC<br>266 Harristown Road * Suite #300<br>Glen Rock, NJ 07452-3321 | CMG/Cambridge Management Group, LLC<br>C/O Alexander Chae<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5011 |
| CNH Capital<br>Dept. CH 10460<br>Palatine, ILL 60055-0460 | CNH Capital<br>P O Box 3038<br>Evansville, IN 47730-3038 | Capital One<br>P O Box 60599<br>CIty of Industry, CA 91716-0599 |
| Christopher R. Johnston<br>Firth, Johnston & Martinez<br>415 N. Mesa, Third Floor<br>El Paso, Texas 79901 | Conroe Mill Supply<br>P O Box 447<br>Conroe, TX 77305-0447 | Conroe Welding Supply<br>415 South Frazier<br>Conroe, TX 77301-5098 |
| Delta Dental/Allied Administrators<br>P O Box 45793<br>San Fransisco, CA 94145-0793 | Don Stocking<br>2040 N. Loop 336 West<br>Conroe, TX 77304-3500 | Eager Beaver (Dietrich)<br>21838 Magnolia Hills Drive<br>Magnolia, Texas 77354-7633 |
| Exxon<br>P.O. Box 5727<br>Carol Stream, IL 601975727 | Flexaire Manufacturing<br>10430 - 180 Street<br>Edmonton, AB, Canda T55 1C3 | Home Depot Credit Services<br>P. O. Box 6029<br>The Lakes, NV 88901-6029 |
| Independent Hydraulic<br>P O Box 1127<br>Conroe, TX 77305-1127 | Inlands Technology<br>401 East 27th Street<br>Tcoma, WA 98421-1203 | J & S Equipment<br>1583 Memorial Lane<br>Conroe, TX 77304-1608 |

| | | |
|---|---|---|
| J&B Auto<br>11635 Highway 105E<br>Conroe, TX 77306-5371 | Joan M. O'Hagan<br>P. O. Box 853<br>New Waverly, TX 77358-0853 | John F. Bryan<br>8291 Lakeside Drive<br>Englewood, FL 34224-7687 |
| John O'Hagan, Sr.<br>2271 Teas Crossing Drive<br>Conroe, TX 77304-7301 | John P. O'Hagan, Sr.<br>2271 Teas Crossing Drive<br>Conroe, TX 77304-7301 | Karen E. O'Hagan<br>15625 Tobacco Road<br>Montgomery, TX 77316-2443 |
| King Kong Tools<br>753 Church Street<br>Buford, GA 30518-3358 | Lester Buzbee, III<br>116 S. Avenue C<br>Humble, TX 77338-4503 | Lowe & Associates<br>177 Meeting Street #400<br>Charleston, SC 29401-3189 |
| M-Fab & Machine<br>17781 Hwy 105<br>Conroe, TX 77306-5913 | Paychex, Inc.<br>11777 Katy Freeway #200<br>Houston, Texas 77079-1772 | Peterson Pacific Corporation<br>29408 Airport Road<br>Eugene, Oregon 97402-9541 |
| Pitney Bowes Global Finance Serv.<br>P. O. Box 856460<br>Louisville, KY 40285-6460 | Premium Assignment Corp./<br>Catlin Specialty Ins. Group<br>P O Box 3066<br>Tallahassee, FL 32315-3066 | Principal Insurance<br>P O Box 14513<br>Des Moines, IA 50306-3513 |
| Randy Welch<br>14242 Carneswood<br>Tomball, TX 77375-4009 | Risley Equipment<br>10820-89 Avenue<br>Grand Prairie, Alberta Canada T8* 6R7 | Rollling Thunder - Kat Meyers<br>11402 E. J. Hawk<br>Houston, Texas 77044-5867 |
| Scott A. O'Hagan, Sr.<br>P O Box 977<br>New Waverly, TX 77358-0977 | Shell<br>P. O. Box 689010<br>Des Moines, IA 50368-9010 | Soapman of Texas<br>1414 S. Frazier #103<br>Conroe, TX 77301-4475 |
| Soft Trac Supply<br>12 Phillips Drive SE<br>Carterville, GA 30121-2476 | Strouhal Tire<br>P O Box 671579<br>Dallas, TX 75267-1579 | SunSource Distribution<br>P O Box 200794<br>Dallas, TX 75320-0794 |
| UPS<br>P O Box 7247-0244<br>Philadelphia, PA | UPS<br>P O Box 7247-0244<br>Philadelphia, PA 19170-0001 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Unifirst<br>12700 SH 30 Suite #100<br>College Station, TX 77845 | William S. O'Hagan, Jr.<br>15625 Tobacco Road<br>Montgomery, TX 77316-2443 | **Right of Way Maintenance Equipment Company**<br>11443 Old Hwy 105 East<br>Conroe, Texas 77303-5463 |