Skip to content   Contact Us   About Us   Privacy Statement     FAQ   Site Map   LogOut       **Welcome to the Dis**

csanchez@pendergraftsimon.com (DMZWS2)                                                                **e-Clerk**

Home   Search Docs   Search Special Minutes     Previous Orders   Update Information     Change Password     Shopping Bask

## Search Results

Select a document for preview by clicking on it. Previewing a document requires Adobe Acrobat Reader. **If you experienc trying to preview a document or need more information about Adobe Acrobat Reader please visit our FAQ.** If you w purchase a document, click the Add To Basket button to place the document in your shopping basket. To purchase all docu case, click the Add Entire Case button. Only the first Plaintiff and Defendant are shown.

If the case/documents you are looking for is not available or if you experience problems viewing the documents, please click here to notify customer service. Documents labeled "X-CaseFile" indicate correspondence and other non-order related documents.

**Your Shop**
0 document(s) | 0 page(s)

Page:   **1**   2

▲ **Case 200901433**: BANDAS LAW FIRM P C  vs. RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY (DBA RO, INTERPLEADER (NEW SUIT)

Document 42719638, by court 113 (4 pages)
- Plaintiffs' Bandas Law Firm P C and Moulton & Meyer L L P's No-Evidence Motion for Partial Summary Judgment on Expenses 7/7/2009

Document 42719639, by court 113 (1 page)
- Proposed order granting Plaintiffs' Bandas Law Firm P C and Moulton & Meyer L L P's No-Evidence Motion for Partial Summary Judgment on Expenses 7/7/2009

Document 42719640, by court 113 (2 pages)
- Notice of Oral Hearing 7/7/2009

Document 42719641, by court 113 (6 pages)
- Plaintiffs' Bandas Law Firm P C and Moulton & Meyer L L P's No-Evidence Motion for Summary Judgment of Defendant's Legal Malpractice Counterclaim 7/7/2009

Document 42719642, by court 113 (1 page)
- Proposed order granting Plaintiffs' Bandas Law Firm P C and Moulton & Meyer L L P's No-Evidence Motion for Summary Judgment of Defendant's Legal Malpractice Counterclaim 7/7/2009

Document 42719643, by court 113 (2 pages)
- Notice of Oral Hearing 7/7/2009

Document 42719644, by court 113 (2 pages)
- Amended Notice of Oral Hearing 7/7/2009

Document 42719646, by court 113 (9 pages)
- Plaintiffs Second Amended Original Petition 7/7/2009

Document 42704331, by court 113 (2 pages)
- Notice of Oral Hearing 7/6/2009

Document 42704332, by court 113 (3 pages)
- Plaintiffs Bandas Law Firm P C and Mounton & Meyer L L P's Opposed Motion for Attorney's Fees and Costs 7/6/2009

Document 42704333, by court 113 (2 pages)
- Exhibit A 7/6/2009

Document 42704334, by court 113 (28 pages)
- Exhibit B 7/6/2009

Document 42704335, by court 113 (1 page)
- Proposed order granting Plaintiffs Bandas Law Firm P C and Mounton & Meyer L L P's Opposed Motion for Attorney's Fees and Costs 7/6/2009

Document 42685606, by court 113 (2 pages)
- ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD 7/1/2009

Document 42581579, by court 113 (4 pages)
- Response in Opposition to Cambridge Management Group LLC's Motion to Release Monies Currently in the Registry of the Court 6/19/2009

Document 42581580, by court 113 (2 pages)
- Proposed order denying Motion to Release Monies Currently in the Registry of the Court 6/19/2009

Document 42581581, by court 113 (3 pages)
- Notice of Oral Hearing 6/19/2009

Document 42581582, by court 113 (1 page)
- Filing letter 6/19/2009

Document 42657887, by court 113 (5 pages)
- Cambridge Management Group LLC's First Amended and Partially Unopposed Motion to Release Monies Currently in the Registry of the Court 6/19/2009

Document 42657888, by court 113 (1 page)
- Proposed order on Cambridge Management Group LLC's Unopposed Motion to Release Monies Currently in the Registry of the Court 6/19/2009

Document 42657889, by court 113 (2 pages)
- Notice of Hearing 6/19/2009

Document 42657890, by court 113 (2 pages)
- Filing letter 6/19/2009

Document 42541903, by court 113 (5 pages)
- Cambridge Management Group LLC's Unopposed Motion to Release Monies Currently in the Registry of the Court 6/16/2009

Document 42541904, by court 113 (5 pages)
- Exhibit A 6/16/2009

Document 42541905, by court 113 (1 page)
- Proposed order on Cambridge Management Group LLC's Unopposed Motion to Release Monies Currently in the Registry of the Court 6/16/2009

Document 42541906, by court 113 (2 pages)
- Filing letter 6/16/2009

Document 42458917, by court 113 (4 pages)
- Unopposed Motion to Withdraw 6/8/2009

Document 42458918, by court 113 (2 pages)

- Proposed order granting Unopposed Motion to Withdraw 6/8/2009

Document 42458919, by court 113 (1 page)
- Filing letter 6/8/2009

Document 42458920, by court 113 (3 pages)
- Notice of Submission 6/8/2009

Document 41897907, by court 113 (5 pages)
- DOCKET CONTROL/PRETRIAL ORDER SIGNED 4/16/2009

Document 41811657, by court 113 (1 page)
- PROPOSED ORDER DENYING DEFENDANT RIGHT OF WAY MAINTENANCE EQUIPTMENT COMPANY D/B/A ROWMEC'S OPPOSED MOTION FOR CONTINUANCE 4/14/2009

Document 41811659, by court 113 (4 pages)
- PLAINTIFFS' BANDAS LAW FIRM, P.C. AND MOULTON AND MEYER, L.L.P'S RESPONSE TO DEFENDANT RIGHT OF WAY MAINTENANCE EQIPTMENT COMPANY D/B/A ROWMEC'S OPPOSED MOTION FOR CONTINUANCE 4/14/2009

Document 41835678, by court 113 (1 page)
- ORDER SIGNED GRANTING TRIAL CONTINUANCE 4/13/2009

Document 41811725, by court 113 (1 page)
- PROPOSED ORDER DENYING DEFENDANT RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY D/B/A ROWMEC'S OPPOSED MOTION FOR RECONSIDERATION 4/9/2009

Document 41811726, by court 113 (4 pages)
- Exhibit A 4/9/2009

Document 41811727, by court 113 (2 pages)
- Exhibit 1 4/9/2009

Document 41811728, by court 113 (8 pages)
- Exhibit 2 4/9/2009

Document 41811729, by court 113 (2 pages)
- Exhibit B 4/9/2009

Document 41811730, by court 113 (4 pages)
- Exhibit C 4/9/2009

Document 41811731, by court 113 (6 pages)
- PLAINTIFF'S BANDAS LAW FIRM, P.C AND MOULTON AND MEYER,L.L.P RESPONSE TO DEFENDANT RIGHT OF WAY MAINTENANCE ANCE EQUIPTMENT COMPANY D/B/A ROWMEC'S OPPOSED MOTION FOR RECONSIDERATION 4/9/2009

Document 41782874, by court 113 (2 pages)
- PROPOSED ORDER GRANTING MOTION FOR RECONSIDERATION 4/8/2009

Document 41782875, by court 113 (5 pages)
- DEFENDANT/COUNTER-PLAINTIFF AND THIRD PARTY PLAINTIFF'S MOTION FOR RECONSIDERATION 4/8/2009

Document 41782876, by court 113 (3 pages)
- Notice of Hearing 4/8/2009

Document 41765179, by court 113 (1 page)
- PROPOSED ORDER GRANTING MOTION FOR CONTINUANCE 4/6/2009

Document 41765180, by court 113 (5 pages)
- MOTION FOR CONTINUANCE 4/6/2009

Document 41765181, by court 113 (3 pages)
- Notice of Hearing 4/6/2009

Document 41766133, by court 113 (2 pages)
- DESIGNATION OF ATTORNEY IN CHARGE FOR DEFENDANT/COUNTER-PLAINTIFF/THIRD PARTY PLAINTIFF RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY D/B/A ROWMEC 4/3/2009

Document 41671712, by court 113 (1 page)
- Exhibit B 3/31/2009

Document 41671713, by court 113 (1 page)
- Exhibit A 3/31/2009

Document 41671714, by court 113 (6 pages)
- PLAINTIFF'S BANDAS LAW FIRM, P.C. AND MOULTON AND MEYER, L.L.P'S DESIGNATION OF EXPERT WITNESSES 3/31/2009

Document 41484433, by court 113 (3 pages)
- THIRD PARTY DEFENDANTS SHACKELFORD LAW FIRM AND PATRICIA A. SHACKELFORD'S ANSWER TO ROWMEC'S THIRD PARTY CLAIM 3/16/2009

Document 41405807, by court 113 (2 pages)
- ORDER DISBURSING REGISTRY FUNDS SIGNED 3/13/2009
- ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED 3/13/2009

Document 41391641, by court 113 (2 pages)
- ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED 3/9/2009

Document 41341424, by court 113 (4 pages)
- PLAINTIFF'S/COUNTER DEFENDANTS/THIRD PARTY DEFENDANTS BANDAS LAW FIRM P.C MOULTON'S & MEYER, L.L.P CHRISTOPHER A. BANDAS. AND JEFFREY D. MEYER'S ANSWER TO ROWMEC'S COUNTERCLAIM AND THIRD PARY CLAIM 3/6/2009

Document 41184703, by court 113 (6 pages)
- EXHIBIT A 2/18/2009

Document 41184704, by court 113 (2 pages)
- EXHIBIT B 2/18/2009

Document 41184705, by court 113 (2 pages)
- EXHIBIT C 2/18/2009

Document 41184706, by court 113 (18 pages)
- EXHIBIT D 2/18/2009

Document 41184707, by court 113 (3 pages)
- EXHIBIT E 2/18/2009

Document 41184708, by court 113 (14 pages)
- EXHIBIT F 2/18/2009

Document 41184709, by court 113 (2 pages)
- RECEIPT 2/18/2009

Document 41184710, by court 113 (13 pages)
- ROWMEC'S COUNTERCLAIM AND THIRD CLAIM 2/18/2009

Document 41388211, by court 113 (1 page)
- RECEIPT 2/18/2009

Document 41015106, by court 113 (1 page)
- EXHIBIT A 2/10/2009

Document 41015107, by court 113 (3 pages)
- MOTION FOR PARTIAL SUMMARY JUDGMENT 2/10/2009

Document 41015108, by court 113 (4 pages)
- Notice of Hearing 2/10/2009

Document 40919813, by court 113 (3 pages)
- TRIAL PREPARATION ORDER 2/4/2009

Document 40870899, by court 113 (1 page)
- RECEIPT 2/2/2009

Document 40870900, by court 113 (3 pages)
- ROWMEC'S ANSWER AND SPECIAL EXCEPTIONS 2/2/2009

Document 40876625, by court 113 (60 pages)
- ORDER DEPOSITING FUNDS INTO REGISTRY SIGNED 2/2/2009
- ORDER MODIFYING AND AMENDING TEMPORARY ORDERS SIGNED 2/2/2009

Document 40990389, by court 113 (1 page)
- RECEIPT 2/2/2009

Document 40913400, by court 113 (2 pages)
- DOCKET CONTROL/PRETRIAL ORDER SIGNED 1/27/2009

Document 40733719, by court 113 (4 pages)
- ORDER SIGNED DESIGNATING CASE TRIAL READY 1/23/2009
- ORDER SIGNED GRANTING TEMPORARY INJUNCTION 1/23/2009

Document 41113918, by court 113 (1 page)
- Notices 1/23/2009

Document 40745333, by court 113 (4 pages)
- CERTIFICATE OF WRITTEN DISCOVERY 1/21/2009

Document 40745647, by court 113 (2 pages)
- EXHIBIT A 1/21/2009

Document 40745648, by court 113 (1 page)
- EXHIBIT B 1/21/2009

Document 40745649, by court 113 (3 pages)
- EXHIBIT C 1/21/2009

Document 40745650, by court 113 (5 pages)
- EXHIBIT D 1/21/2009

Document 40745651, by court 113 (118 pages)
- EXHIBIT E 1/21/2009

✓ Document 40745652, by court 113 (111 pages) 110 ✓
  - EXHIBIT F 1/21/2009

✓ Document 40745653, by court 113 (2 pages) 2 ✓
  - EXHIBIT G 1/21/2009

✓ Document 40745654, by court 113 (5 pages) 6 ✓
  - EXHIBIT H 1/21/2009

✓ Document 40728757, by court 113 (1 page) 2 ✓
  - CITATION CORPORATE 1/20/2009

✓ Document 40698272, by court 113 (1 page) 2 ✓
  - ORDER OF DELIVERY/DEPOSIT OF SEIZED PROPERTY SIGNED 1/16/2009

✓ Document 40669812, by court 113 (2 pages) 3 ✓
  - AMENDED NOTICE OF ORAL HEARING 1/15/2009

✓ Document 40669813, by court 113 (2 pages) 3 ✓
  - COVER LETTER 1/15/2009

✓ Document 40678460, by court 113 (28 pages) 29 ✓
  - EXHIBIT 2 1/15/2009

✓ Document 40678461, by court 113 (36 pages) 37 ✓
  - EXHIBIT C 1/15/2009

✓ Document 40678462, by court 113 (1 page) 2 ✓
  - EXHIBIT 3 1/15/2009

✓ Document 40678465, by court 113 (1 page) 2 ✓
  - RECEIPT 1/15/2009

✓ Document 40681422, by court 113 (9 pages) 10 ✓
  - CAMBRIDGE MANAGEMENT GROUP, LLC'S PETITION IN TERVENTION 1/15/2009

✓ Document 41388213, by court 113 (1 page) 2 ✓
  - RECEIPT 1/15/2009

✓ Document 40619831, by court 113 (2 pages) 3 ✓
  - TEMPORARY RESTRAINING ORDER 1/13/2009

✓ Document 40898781, by court 113 (4 pages) 5 ✓
  - LETTER TO COURT 1/13/2009

✓ Document 40590408, by court 113 (1 page) 2 ✓
  - CLERKS CERTIFICATE OF CASH DEPOSIT IN LIEU OF INJUNCTION BOND PER ORDER OF THE COURT 1/12/2009

✓ Document 40590409, by court 113 (1 page) 2 ✓
  - RECEIPT 1/12/2009

✓ Document 40590410, by court 113 (1 page) 2 ✓
  - RECEIPT 1/12/2009

✓ Document 40624816, by court 113 (3 pages) 4 ✓
  - ORDER SETTING BOND SIGNED 1/12/2009
  - ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER 1/12/2009
  - ORDER SIGNED SETTING HEARING 1/12/2009

Page: **1** 2

Skip to content    Contact Us    About Us    Privacy Statement    FAQ   Site Map   LogOut      **Welcome to the Dis**

csanchez@pendergraftsimon.com (DMZWS2)                                                                                      **e-Clerk**

Home   Search Docs    Search Special Minutes    Previous Orders    Update Information    Change Password   Shopping Bask

## Search Results

Select a document for preview by clicking on it. Previewing a document requires Adobe Acrobat Reader. **If you experienc trying to preview a document or need more information about Adobe Acrobat Reader please visit our FAQ.** If you w purchase a document, click the Add To Basket button to place the document in your shopping basket. To purchase all docu case, click the Add Entire Case button. Only the first Plaintiff and Defendant are shown.

If the case/documents you are looking for is not available or if you experience problems viewing the documents, please click here to notify customer service. Documents labeled "X-CaseFile" indicate correspondence and other non-order related documents.

**Your Shop**
0 document(s) | 0 page(s)

Page:  1  **2**

▲ **Case 200901433**: BANDAS LAW FIRM P C  vs. RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY (DBA RO, INTERPLEADER (NEW SUIT)

   Document 40671998, by court 113 (34 pages)   35 ✓
      - EXHIBIT 2 1/12/2009

   Document 40678457, by court 113 (12 pages)   13 ✓
      - PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION FOR DECLARATORY JUDGMENT & INJUNCTIVE RELIEF 1/12/2009

   Document 40681423, by court 113 (13 pages)   14 ✓
      - EXHIBIT 1 1/12/2009

   Document 40681424, by court 113 (7 pages)   8 ✓
      - EXHIBIT 2 1/12/2009

   Document 40688841, by court 113 (4 pages)   5 ✓
      - ORDER ON APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PETITION FOR TEMPORARY AND PERMANENT INJUNCTION 1/12/2009

   Document 41108137, by court 113 (2 pages)   3 ✓
      - LETTER TO JUDGE 1/9/2009

   Document 40590402, by court 113 (4 pages)   5 ✓
      - PLAINTIFFS ORIGINAL PETITION FOR DECLARATORY JUDGMENT & REQUEST DISCLOSURE 1/8/2009

   Document 40590403, by court 113 (14 pages)   15 ✓
      - EXHIBIT A 1/8/2009

   Document 40590404, by court 113 (1 page)   2 ✓
      - CIVIL CASE INFORMATION SHEET 1/8/2009

   Document 40590405, by court 113 (1 page)   2 ✓
      - CIVIL PROCESS REQUEST 1/8/2009

   Document 40590406, by court 113 (1 page)   2 ✓

    - RECEIPT 1/8/2009

Document 40590407, by court 113 (1 page)
    - COVER LETTER 1/8/2009

Page: 1 **2**