**MOR-1**

### UNITED STATES BANKRUPTCY COURT

CASE NAME:   Right of Way Maintenance Equipment Company

CASE NUMBER:   09-35037

PROPOSED PLAN DATE:         11/12/2009

PETITION DATE:   7/13/2009 0:00
DISTRICT OF TEXAS:   Southern
DIVISION:   Houston

## MONTHLY OPERATING REPORT SUMMARY   FOR MONTH                          YEAR

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 60,602.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 13,612.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 8,975.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 1,202.58 | 1,603.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 15,550.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 53,383.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED | | | | CIRCLE ONE | |
|---|---|---|---|---|---|
| AS OF SIGNATURE DATE | | EXP. DATE | Are all accounts receivable being collected within terms? | Yes | |
| | | | Are all post-petition liabilities, including taxes, being paid within terms? | Yes | |
| | | | Have any pre-petition liabilities been paid? | No | |
| CASUALTY | Yes | 11/8/2009 | | | |
| LIABILITY | Yes | 11/8/2009 | Are all funds received being deposited into DIP bank accounts? | Yes | |
| VEHICLE | Yes | 9/8/2010 | Were any assets disposed of outside the normal course of business? | No | |
| WORKER'S | Yes | 6/10/2010 | If so, describe | | |
| OTHER | Yes | 11/8/2009 | Are all U.S. Trustee Quarterly Fee Payments current? | Yes | |
| | | | What is the status of your Plan of Reorganization? | Not Filed Yet | |

ATTORNEY NAME:   Leonard H. Simon
FIRM NAME:   Pendergraft & Simon
ADDRESS:   2777 Allen Parkway, Suite 800
CITY, STATE, ZIP:   Houston, Texas 77019
TELEPHONE/FAX:   717-737-8207/832-202-2810

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _____ President
(ORIGINAL SIGNATURE)

John P. O'Hagan, Sr          DATE:   9/29/2009

**MOR-1**

CASE NAME:  Right of Way Maintenance Equipment Company
CASE NUMBER: 09-35037

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH 8/31/2009 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 4,376.42 | 16,805.79 | | | | | |
| Accounts Receivable, Net | 86,812.46 | 110,111.79 | | | | | |
| Inventory: Lower of Cost or Market | 525,905.85 | 548,473.11 | | | | | |
| Tools & Equipment | 26,930.00 | 26,930.00 | | | | | |
| Office Equip & Supplies | 3,054.00 | 3,054.00 | | | | | |
| Other - Money Held in Court Registry | 555,000.00 | 555,000.00 | | | | | |
| TOTAL CURRENT ASSETS | 1,202,078.73 | 1,260,374.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ FMV | 625,000.00 | 625,000.00 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 625,000.00 | 625,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Patents - Unknown | | | | | | | |
| 2. Goosneck Trailer | 1,500.00 | 1,500.00 | | | | | |
| 3. Lit Claims - Cambridge & Att -Unknown | | | | | | | |
| 4. Amount Due Gyro-Trac FJ | 332,000.00 | 332,000.00 | | | | | |
| TOTAL ASSETS | $2,160,578.73 | $2,218,874.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*

CASE NAME:   Right of Way Maintenance Equipment Company
CASE NUMBER: 09-35037

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 8/31/2009 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 26,985.35 | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 629,184.49 | 629,184.49 | | | | | |
| Priority Debt | 0.00 | 0.00 | | | | | |
| Federal Income Tax | 0.00 | 0.00 | | | | | |
| FICA/Withholding | 0.00 | 0.00 | | | | | |
| Unsecured Debt | 1,060,228.68 | 1,060,228.68 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 1,689,413.17 | 1,689,413.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 1,689,413.17 | 1,716,398.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 8,975.34 | 8,975.34 | 8,975.34 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 8,975.34 | 8,975.34 | 8,975.34 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $1,689,413.17 | $1,725,373.86 | $8,975.34 | $8,975.34 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

**CASE NAME:** Right of Way Maintenance Equipment Company
**CASE NUMBER:** 09-35037

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 0.00 | | | | | |
| State Payroll Taxes | 0.00 | | | | | |
| Ad Valorem Taxes | 0.00 | | | | | |
| Other Taxes | 0.00 | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | 26,985.35 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $26,985.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**\*Payment requires Court Approval**

**MOR-4**

*Revised 07/01/98*

CASE NAME: Right of Way Maintenance Equipment Company
CASE NUMBER: 09-35037

**AGING OF POST-PETITION LIABILITIES**
MONTH 8/31/2009

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|------|------|------|------|------|------|------|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | | | | | | |
|------|------|------|------|------|------|------|
| 0-30 DAYS | 37,286.09 | 37,286.09 | | | | |
| 31-60 DAYS | 5,433.58 | 5,433.58 | | | | |
| 61-90 DAYS | 19,887.47 | 19,887.47 | | | | |
| 91+ DAYS | 47,504.65 | 47,504.65 | | | | |
| TOTAL | $110,111.79 | $110,111.79 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME:   Right of Way Maintenance Equipment Company
CASE NUMBER:   09-35037

## STATEMENT OF INCOME (LOSS)

| | MONTH 8/31/2009 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES   (MOR-1) | 60,602.23 | | | | | | 60,602.23 |
| TOTAL COST OF REVENUES | 23,641.52 | | | | | | 23,641.52 |
| GROSS PROFIT | 36,960.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,960.71 |
| OPERATING EXPENSES: | | | | | | | |
|   Selling & Marketing | | | | | | | 0.00 |
|   General & Administrative | 12,491.86 | | | | | | 12,491.86 |
|   Insiders Compensation | 2,806.02 | | | | | | 2,806.02 |
|   Professional Fees | 8,050.00 | | | | | | 8,050.00 |
|   Other | | | | | | | 0.00 |
|   Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 23,347.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,347.88 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 13,612.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,612.83 |
| INTEREST EXPENSE | 3,011.67 | | | | | | 3,011.67 |
| DEPRECIATION | 1,625.82 | | | | | | 1,625.82 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 4,637.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,637.49 |
| NET INCOME BEFORE TAXES | 8,975.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,975.34 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS)  (MOR-1) | $8,975.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,975.34 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

CASE NAME:   Right of Way Maintenance Equipment Company
CASE NUMBER: 09-35037

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/31/2009 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING AS OF 7/13/2009 | $4,376.42 | | $0.00 | $0.00 | $0.00 | $0.00 | $4,376.42 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 60,587.03 | | | | | | 60,587.03 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list)        sales tax rcvbl | 1,007.50 | | | | | | 1,007.50 |
| TOTAL RECEIPTS** | 61,594.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61,594.53 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 3,750.82 | | | | | | 3,750.82 |
| 8. PAYROLL TAXES PAID | 345.45 | | | | | | 345.45 |
| 9. SALES, USE & OTHER TAXES PAID | 2,743.74 | | | | | | 2,743.74 |
| 10. SECURED/RENTAL/LEASES | 5,219.22 | | | | | | 5,219.22 |
| 11. UTILITIES & TELEPHONE | 2,084.05 | | | | | | 2,084.05 |
| 12. INSURANCE | 4,370.38 | | | | | | 4,370.38 |
| 13. INVENTORY PURCHASES | 16,776.36 | | | | | | 16,776.36 |
| 14. VEHICLE EXPENSES | 2,013.22 | | | | | | 2,013.22 |
| 15. TRAVEL & ENTERTAINMENT | 1,615.07 | | | | | | 1,615.07 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 1,430.64 | | | | | | 1,430.64 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | 4,984.19 | | | | | | 4,984.19 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 45,333.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,333.14 |
| 19. PROFESSIONAL FEES | 8,050.00 | | | | | | 8,050.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 53,383.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53,383.14 |
| 22. NET CASH FLOW | 8,211.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,211.39 |
| 23. CASH - END OF MONTH (MOR-2) | $12,587.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,587.81 |

**MOR-7**

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

C:\Documents and Settings\Leonard H. Simon\My Documents\ROWMEC\09-35037 ROWMEC Ch 11\2009-09-30 August 31 MOR

**CASE NAME:** <u>Right of Way Maintenance Equipment Company</u>
**CASE NUMBER:** <u>09-35037</u>

## CASH ACCOUNT RECONCILIATION
### MONTH OF _____ Jul-09

| BANK NAME | JP Morgan Chase | JP Morgan Chase | # | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #821323433 | #821323441 | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 27,771.13 | 669.88 | | | $28,441.01 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | | | $0.00 |
| OUTSTANDING CHECKS | 534.69 | 515.06 | | | $1,049.75 |
| ADJUSTED BANK BALANCE | $27,236.44 | $154.82 | $0.00 | $0.00 | $27,391.26 |
| BEGINNING CASH - PER BOOKS | 4,041.98 | 114.02 | | | $4,156.00 |
| RECEIPTS* | 36,624.12 | | | | $36,624.12 |
| TRANSFERS BETWEEN ACCOUNTS | | 2,271.45 | | | $2,271.45 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL        DEBTOR   MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 12,894.97 | 2,230.65 | | | $15,125.62 |
| ENDING CASH - PER BOOKS | $27,771.13 | $154.82 | $0.00 | $0.00 | $27,925.95 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

* This includes $5,237.37 returned check which reduces actual recepts by that amount

**CASE NAME:**   Right of Way Maintenance Equipment Company
**CASE NUMBER:** 09-35037

# CASH ACCOUNT RECONCILIATION
## MONTH OF          Aug-09

| BANK NAME | JP Morgan Chase | JP Morgan Chase | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #821323433 | #821323441 | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 17,461.86 | 176.04 | | | $17,637.90 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | | | $0.00 |
| OUTSTANDING CHECKS | 818.43 | 31.18 | | | $849.61 |
| ADJUSTED BANK BALANCE | $16,643.43 | $144.86 | $0.00 | $0.00 | $16,788.29 |
| BEGINNING CASH - PER BOOKS | 27,771.13 | 669.88 | | | $28,441.01 |
| RECEIPTS* | 24,970.41 | | | | $24,970.41 |
| TRANSFERS BETWEEN ACCOUNTS | | 2,484.00 | | | $2,484.00 |
| (WITHDRAWAL)     CONTRIBUTION BY OR    INDIVIDUAL DEBTOR   MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 35,279.68 | 2,977.84 | | | $38,257.52 |
| ENDING CASH - PER BOOKS | $17,461.86 | $176.04 | $0.00 | $0.00 | $17,637.90 |

**MOR-8**          *Numbers should balance (match) TOTAL RECEIPTS and          *Revised 07/01/98*
                   TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME:    Right of Way Maintenance Equipment Company
CASE NUMBER:  09-35037

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP  TYPE | MONTH Jul-09 | MONTH Aug. 2009 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1.  Karen       O'Hagan       hrly pay | 1,202.58 | 1,603.44 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | $1,202.58 | $1,603.44 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 9-Jul | MONTH 9-Aug | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1.  Pendergraft & Simon *       Legal | 15,000.00 | 2,500.00 | | | | |
| 2.  Don        Stocking        Legal | 550.00 | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS    (MOR-1) | $15,550.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*

* $10,000   out of pre-petition Act

**Disbursements/ Other**

| | |
|---|---:|
| Accounting | 334.27 |
| Bank Services | 343.67 |
| Finance Charges CC Fees | 231.26 |
| Dues & Subscriptions | 39 |
| Misc other (service call exp) | 443.74 |
| Postage | 100 |
| Security | 305.85 |
| Uniforms | 293.43 |
| Waste Pickup | 323.45 |
| COG- other (Freight, consum | 2569.52 |
| | 4984.19 |