In re  **Right Of Way Maintenance Equipment Company**                    Case No.   **09-35037** _____

                                                                                    (if known)

*AMENDED 9/29/2009*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 11443 Old Hwy 105 E. Conroe, TX 77303 A0653 Harrison WM, Tract 31, 1.93 Acres. Appraisal conducted approximately year and one-half ago.<br><br>First Lien by Cambridge | Fee Simple | | $625,000.00 | $390,112.56 |
| 11451 Old Hwy 105 E, Conroe, TX  77303 A0653 Harrison WM, Tract 43,4453, 53-A, 2,324 Acres.  The value is included in the value for tract located at 11443 Old Hwy 105 E. Conroe, Tx 77303<br><br>2nd Lien by Cambridge 1st Lien by Alltex | Fee Interest | | $0.00 | $629,184.49 |
| | | Total: | **$625,000.00** | |

(Report also on Summary of Schedules)

In re  **Right Of Way Maintenance Equipment Company**                     Case No.   **09-35037**

                                                                                                    (if known)

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Office Petty Cash | $17.50 |
| | | Money Held in Registry of State Court, Cause No. 2009-01433, in the District Court of Harris County, Texas, 113th Judicial District Court. | $555,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase  Checking Account #000176304521465 Changing Number to 821423532 | $4,041.98 |
| | | Chase Bank Checking Account #000589001603965 | $114.02 |
| | | Chase Savings Account #000589001567756 | $202.92 |
| | | Chase Checking #8213235532 - Balance transfered from acct. ending in #1465 (New account opened 6/29/09 - due to check forgery incident. | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |

In re  **Right Of Way Maintenance Equipment Company**          Case No.   09-35037 _____

                                                                              (if known)

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Germania Life Ins. Com   - Death Benefits -  Payable to ROWMEC | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | See Attached Detail List | $86,812.46 |

In re **Right Of Way Maintenance Equipment Company**                Case No.    09-35037 _____

                                                                                        (if known)

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | See Attached Detail List | $0.00 |
| | | Claims asserted in lawsuit styled: Right of Way Maintenance Equipment Company v. Cambridge Management Group, LLC, Gyro-Trac, Inc., Gyro-Trac (Usa) , Inc., Bandas Law Firm, P.C, Christopher A. Bandas, Robert C. Curfiss, Jackson Walker, L.L.P., Moulton & Meyer, LLP, Jeffrey D. Meyer, Patricia A. Shackelford, P.C. And Patricia A. Shackelford, in the United States Bankrutcy Court for the Southern District of Texas - Houston Division, Adversary No. 09-03303 | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Judgment Against Gyro-Trac (USA) Inc. 10 Flying Cloud Drive Summerville, SC 39483.  Approximate amount due as of Filing Date | $332,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Ongoing litigation against Bandas Law Firm, Etc, and possible claim against atty Robert Lowe and Chris Johnson.  THESE CLAIMS CANNOT BE QUANTIFIED BUT ARE BELIEVED TO BE SUBSTANTIAL | Unknown |

In re  **Right Of Way Maintenance Equipment Company**          Case No.  **09-35037** _____

                                                                          (if known)

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Full Swinging cutter for redctin head pat#5,513,485 Undetermine value | $0.00 |
| | | Land Clearing Machine Attachment, Pat.#6,321,518 B1 Undetermined Value | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Gooseneck Trailer | $1,500.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | 2 Computers | $100.00 |
| | | Old Gateway Monitor | $5.00 |
| | | New Monitor | $25.00 |
| | | 2  Two Dawer Latteral File Cabinets | $100.00 |
| | | Desk | $100.00 |
| | | Office Desk Chair | $25.00 |

In re  **Right Of Way Maintenance Equipment Company**          Case No.   **09-35037**
<span style="float:right">(if known)</span>

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Small Garbage Can | $1.00 |
| | | Small Refrigerator | $100.00 |
| | | New Monitor | $25.00 |
| | | Microwave | $10.00 |
| | | Small Computer Table | $5.00 |
| | | Old Trash Can | $1.00 |
| | | Supply Cabinet | $20.00 |
| | | 4 Florescent Tube Bulbs | $8.00 |
| | | Package Coffee Cups | $2.00 |
| | | 10 Large Legal Pads | $2.00 |
| | | 9 Small Legal Pads | $2.00 |
| | | 2  Packages Post It Notes | $6.00 |
| | | 8 Highlighters | $8.00 |
| | | 4 Purchase Order Books | $6.00 |
| | | 4 Boxes of Paper Clips | $1.00 |
| | | 2 Boxes of Staples | $1.00 |
| | | Stapler | $1.00 |
| | | Approx. 250 Plain Envelopes | $3.00 |
| | | 1 Pack of 3x5 Cards  No Market Value | $0.00 |

In re  **Right Of Way Maintenance Equipment Company**          Case No.   __09-35037_____

(if known)

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 1 1/2 Boxes of Manila Folders | $5.00 |
| | | 1/2 Box Old Checks No Market Value | $0.00 |
| | | 1/2 Case Adding Machine Tape | $1.00 |
| | | Label Tape - 1 Package | $3.00 |
| | | Box Adding Machine Tape (7 Rolls) | $1.00 |
| | | Label Maker | $10.00 |
| | | Estension Cord | $2.00 |
| | | Shelves - Metal Storage | $20.00 |
| | | Laser Cartridge for Large Printer | $20.00 |
| | | 2 Fabreze Cans | $2.00 |
| | | 2 1/2 Bug Spray Cans | $2.00 |
| | | Promo CD's - 2 Boxes  - No Market Value | $0.00 |
| | | 2 Promo Bklts  - No Market Value | $0.00 |
| | | Box 10x13 Envelopes | $4.00 |
| | | 1/2 Box Spiral Note Books | $2.00 |
| | | Credit Card Machine - Out Dated | $10.00 |
| | | Supplies for Pitney Bowes Machine - No Market Value Leased | $0.00 |
| | | Stand For Printer | $10.00 |

In re **Right Of Way Maintenance Equipment Company**                    Case No.   **09-35037** _____
                                                                                     (if known)

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Small Computer Desk for Server | $10.00 |
| | | Computer - Server | $100.00 |
| | | Plastic Chair | $5.00 |
| | | Assorted Old Software - No Market Value | $0.00 |
| | | 2 Plastic Trash Cans | $1.00 |
| | | Pur Filter & Cartridge | $2.00 |
| | | Mop & Glow | $1.00 |
| | | Bug Killer | $1.00 |
| | | 1/4 Bottle Orange Cleaner | $1.00 |
| | | 1/2 Bottle of Clorox Cleanup | $1.00 |
| | | 3/4 Bottle of Windex | $1.00 |
| | | Carpet Spot Cleaner | $1.00 |
| | | New Tank Flapper | $1.00 |
| | | 1/4/ Bottle of Soft Soap | $1.00 |
| | | Fax Machine | $50.00 |
| | | Fax Toner | $10.00 |
| | | 2 Four Drawer File Cabinets | $400.00 |
| | | Royal Shredder | $50.00 |
| | | Canon Copy Machine | $50.00 |

In re  **Right Of Way Maintenance Equipment Company**                    Case No.    __09-35037_____
(if known)

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Copy Machine Stand | $10.00 |
| | | 8 Black/Blue Office Chairs | $160.00 |
| | | Small Two Drawer Wood File Cabinet | $25.00 |
| | | 4 Desk Chairs | $100.00 |
| | | Brown Metal Desk | $25.00 |
| | | 3-Sided Light Gray Desk & Console | $500.00 |
| | | Laser Jet 5 Printer | $50.00 |
| | | Toner for Laser Jet 5 | $10.00 |
| | | 4 Computers & Monitor Broken | $100.00 |
| | | Lap Top Computer | $400.00 |
| | | 4 Adding Machines | $40.00 |
| | | 3 Tape Dispensers | $1.00 |
| | | 3 Rolodexes | $3.00 |
| | | 3 Three-Hole Punchers | $1.00 |
| | | 3 Staplers | $3.00 |
| | | 3 Plastic Trash Cans | $3.00 |
| | | Metal Trash Can | $1.00 |
| | | John's Desk | $100.00 |
| | | Small HP Printer | $25.00 |

In re  **Right Of Way Maintenance Equipment Company**                    Case No.   **09-35037** _____
                                                                                                    (if known)

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| | | 2 Book Cases | $50.00 |
| | | John Jr.'s Desk | $100.00 |
| | | Organizer | $5.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See  Attached Detail List | $0.00 |
| | | Box of Old Paper Clips | $1.00 |
| | | 6 20x20 Air Filters | $6.00 |
| | | Welding Machine $ 2,329<br>Compressor       $    797<br>Welding Machine $ 2,031<br>Pressure Washer $      00 (Fully Depreciated)<br>Elec Welder      $   816<br>Hyster Forklift   $ 5,333<br>Salvage Tractors $   500<br>Tools & Equip     $      00 (Fully Depreciated)<br>Tools & Equip    $15,124 | $26,930.00 |
| 30. Inventory. | | Book value of parts ($79,655.85) and one tractor ($446,250) | $525,905.85 |
| 31. Animals. | | Lupe Dog and Miss Kitty Cat - No Market Value | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

In re  **Right Of Way Maintenance Equipment Company**          Case No.   <u>09-35037</u>

(if known)

*AMENDED 9/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 9*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | Time Clock | $0.00 |
| | | Couch & Old Furniture (25 + Years Old) | $0.00 |
| | | | |

<u>   9   </u>   continuation sheets attached     **Total  >** | **$1,535,578.73**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **Right Of Way Maintenance Equipment Company**                Case No.   09-35037

                                                                                    (if known)

*AMENDED 9/29/2009*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Alltex Interior Supply, Inc**<br>**P O Box 5533**<br>**Bryan, TX 77805** | | DATE INCURRED:   **4/22/05**<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**Property**<br>REMARKS:<br><br><br>VALUE:                                 **$0.00** | | | | $239,071.93 | $239,071.93 |
| ACCT #:<br><br>**CMG/Cambridge Management Group, LL**<br>**266 Harristown Road * Suite #300**<br>**Glen Rock, NJ** | | DATE INCURRED:   **08/2008**<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Corporate assets**<br>REMARKS:<br>**Debtor has been advised by counsel for Cambridge that a transaction occurred in June 2009, that has in some fashion altered the position of Cambridge as to the Debtor; however,** | X | X | X | $390,112.56 | |
| | | **as the Debtor has seen no documents regarding this transaction, it is impossible to know the extent of the modification of Cambridge's position.**<br><br><br>VALUE:                         **$2,067,764.85** | X | X | X | | |
| | | | | | | | |

|  |  |  |
|---|---|---|
| Subtotal (Total of this Page) > | **$629,184.49** | **$239,071.93** |
| Total (Use only on last page) > | **$629,184.49** | **$239,071.93** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**No**_____ continuation sheets attached

In re   **Right Of Way Maintenance Equipment Company**         Case No.   **09-35037**
                                                                              (if known)

*AMENDED 9/29/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **7236612**<br>**Alamo Iron Works**<br>**P O Box 231**<br>**San Antonio, TX 78291-0231** | | DATE INCURRED:      **4/2009**<br>CONSIDERATION:<br>**Metal**<br>REMARKS: | | | | **$872.90** |
| ACCT #:  **6941**<br>**American Coatings**<br>**P O Box 1426**<br>**Tomball, TX 77377-1426** | | DATE INCURRED:      **4/2009**<br>CONSIDERATION:<br>**Paint**<br>REMARKS: | | | | **$524.76** |
| ACCT #:  **Inv.#8215**<br>**Ample Computer Service**<br>**1528 Avenue O**<br>**Huntsville, TX 77340** | | DATE INCURRED:      **4/2009**<br>CONSIDERATION:<br>**Computer Maintenance Service**<br>REMARKS: | | | | **$469.33** |
| ACCT #:  **764268306**<br>**AT&T**<br>**P O Box 65057**<br>**Dallas, TX  75265** | X | DATE INCURRED:      **6/2009**<br>CONSIDERATION:<br>**Phone Service**<br>REMARKS: | | | | **$497.27** |
| ACCT #:<br>**Bandas Law Firm**<br>**500 N. Shoreline #1020**<br>**Corpus Christi, TX 78471** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>**Claims asserted by Bandas Law Firm in**<br>  **case styled Bandas Law Firm, P.C.**<br>**and Moulton & Meyer, LLP v. Roght of Way** | X | X | X | **Unknown** |
| | | **Maintenance Equipment Company, Inc., In the 113th Judicial District Court, Harris County, Texas, Cause No. 2009-01433.** | | | | |

                                                          Subtotal >     **$2,364.26**

                                                            Total >

_____**8**_____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Right Of Way Maintenance Equipment Company**          Case No.   **09-35037**
                                                                              (if known)

*AMENDED 9/29/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  Inv.#700051<br>**Bickley, Prescott & Company**<br>**901 Normal Park #2060**<br>**Huntville, TX 77320** | | DATE INCURRED:   **6/2009**<br>CONSIDERATION:<br>**Accounting Services**<br>REMARKS: | | | | **$1,600.00** |
| ACCT #:  482-1371-0549-2732<br>**Capital One**<br>**P O Box 60599**<br>**City of Industry, CA  91716-0599** | | DATE INCURRED:   **B4/2008**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$7,108.97** |
| ACCT #:<br>**Christopher R. Johnston**<br>**Firth, Johnston & Martinez**<br>**415 N. Mesa, Third Floor**<br>**El Paso, Texas 79901** | | DATE INCURRED:   **2009**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | X | X | X | **$38,000.00** |
| ACCT #:<br>**CME-Conveying & Mining Equip.**<br>**8300 Hempstead * Suite A**<br>**Houston, Texas  77008** | | DATE INCURRED:   **12/2006**<br>CONSIDERATION:<br>**Parts, Machine Shop**<br>REMARKS: | | | | **$211,523.49** |
| ACCT #:  603518-11169-00634<br>**CNH Capital**<br>**Dept. CH 10460**<br>**Palatine, ILL 60055-0460** | | DATE INCURRED:   **1/2003**<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$7,700.50** |
| ACCT #:  0030<br>**Conroe Mill Supply**<br>**P O Box 447**<br>**Conroe, TX  77305** | | DATE INCURRED:   **5/22/2009**<br>CONSIDERATION:<br>**Metal Shop Supplies**<br>REMARKS: | | | | **$518.10** |

Sheet no. _____**1**_____ of _____**8**_____ continuation sheets attached to           Subtotal >   **$266,451.06**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Right Of Way Maintenance Equipment Company**     Case No.   **09-35037** _____

(if known)

*AMENDED 9/29/2009*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **72249206**<br>**Conroe Welding Supply**<br>**415 South Frazier**<br>**Conroe, TX 77301** | | DATE INCURRED: **5/2009**<br>CONSIDERATION:<br>**Welding Gas & Supplies**<br>REMARKS: | | | | $893.67 |
| ACCT #: **3961-1114 Employer #1053**<br>**Delta Dental/Allied Administrators**<br>**P O Box 45793**<br>**San Fransisco, CA 94145-0** | | DATE INCURRED: **2/2009**<br>CONSIDERATION:<br>**Dental Insurance**<br>REMARKS: | | | | $331.50 |
| ACCT #:<br>**Denis Cimaf**<br>**188, Rue Del'Eglise**<br>**Wroxton Falls, QC JOH1EO** | | DATE INCURRED: **7/1/2009**<br>CONSIDERATION:<br>**Parts Purchased**<br>REMARKS: | | | | $99.80 |
| ACCT #:<br>**Don Stocking**<br>**2040 N. Loop 336 West**<br>**Conroe, TX 77304** | | DATE INCURRED: **5/2009**<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS: | | | | $1,968.00 |
| ACCT #:<br>**Eager Beaver (Dietrich)**<br>**21838 Magnolia Hills Drive**<br>**Magnolia, Texas 77354** | | DATE INCURRED: **3/2009**<br>CONSIDERATION:<br>**Equipment-Jarraff Side Trimmer Boom w/Saw**<br>REMARKS: | | | | $22,500.00 |
| ACCT #: **369-619-590-2**<br>**Exxon**<br>**P.O. Box 5727**<br>**Carol Stream, IL 601975727** | | DATE INCURRED: **4/2009**<br>CONSIDERATION:<br>**Gasoline**<br>REMARKS: | | | | $873.13 |

Sheet no. ____**2**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $26,666.10

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re    **Right Of Way Maintenance Equipment Company**                    Case No.   **09-35037**
                                                                                                      (if known)

*AMENDED 9/29/2009*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:   **RWME**<br>**Flexaire Manufacturing**<br>**10430 - 180 Street**<br>**Edmonton, AB, Canda T55 1C3** | | DATE INCURRED:   **4/2009**<br>CONSIDERATION:<br>**Tractor Parts**<br>REMARKS: | | | | $1,263.47 |
| ACCT #:   **6035-3220-2125-8524**<br>**Home Depot Credit Services**<br>**P. O. Box 6029**<br>**The Lakes, NV 88901-6029** | | DATE INCURRED:   **1/2009**<br>CONSIDERATION:<br>**Shop Maintenance/Repairs/Tools**<br>REMARKS: | | | | $288.30 |
| ACCT #:<br>**Independent Hydraulic**<br>**P O Box 1127**<br>**Conroe, TX 77301** | | DATE INCURRED:   **8/08-5/09**<br>CONSIDERATION:<br>**Hydraulic Parts, Hoses**<br>REMARKS: | | | | $18,540.00 |
| ACCT #:   **21403**<br>**Inlands Technology**<br>**401 East 27th Street**<br>**Tcoma, WA 984321** | | DATE INCURRED:   **5/2009**<br>CONSIDERATION:<br>**Filters, 55 Gal. Drums, Parts, Cleaners**<br>REMARKS: | X | X | X | $1,924.82 |
| ACCT #:<br>**J & S Equipment**<br>**1583 Memorial Lane**<br>**Conroe, TX  77304** | | DATE INCURRED:<br>CONSIDERATION:<br>**Parts/Cutter Herad**<br>REMARKS: | | | | $16,425.75 |
| ACCT #:   **33999**<br>**J&B Auto**<br>**11635 Highway 105E**<br>**Conroe, TX 77306** | | DATE INCURRED:   **5/2009**<br>CONSIDERATION:<br>**Parts**<br>REMARKS: | | | | $1,764.12 |

Sheet no. ___**3**___ of ___**8**___ continuation sheets attached to                                    Subtotal >    $40,206.46
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Right Of Way Maintenance Equipment Company**          Case No.   **09-35037**
                                                                        (if known)

*AMENDED 9/29/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**J&J Lawn Service**<br>**12108 Hairston Drive**<br>**Willis, Texas 77318** | | DATE INCURRED:<br>CONSIDERATION: **June 2009**<br>**Lawn Service**<br>REMARKS: | | | | **$480.00** |
| ACCT #:<br>**Jeffrey D. Meyer**<br>**Moulton & Meyer, L.L.P.**<br>**800 Taft Street**<br>**Houston, Texas 77019** | | DATE INCURRED: **2008-2009**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>**Claims asserted by Moulton & Meyer in**<br>**case styled Bandas Law Firm, P.C.**<br>**and Moulton & Meyer, LLP v. Roght of Way** | X | X | X | **Unknown** |
| | | **Maintenance Equipment Company, Inc., In the**<br>**113th Judicial District Court, Harris County,**<br>**Texas, Cause No. 2009-01433.** | | | | |
| ACCT #:   **4264-2933-5239-5432**<br>**Joan M. O'Hagan**<br>**P. O. Box 853**<br>**New Waverly, TX 77358** | | DATE INCURRED:<br>CONSIDERATION: **2005**<br>**Operating Capital/Payroll**<br>REMARKS:<br>**Bank of America Credit Card** | | | | **$1,251.22** |
| ACCT #:<br>**John F. Bryan**<br>**8291 Lakeside Drive**<br>**Englewood, FL 34224** | | DATE INCURRED: **June 2001**<br>CONSIDERATION:<br>**Land Clearing Attachment Patent, Fee**<br>REMARKS: | | | | **$1,340.00** |
| ACCT #:   **5490-3515-5002-5428**<br>**John O'Hagan, Sr.**<br>**2271 Teas Crossing Drive**<br>**Conroe, TX 77304** | | DATE INCURRED: **3/11/2003**<br>CONSIDERATION:<br>**Fuel, Parts/Payroll**<br>REMARKS:<br>**Bank Of America - Credit Card** | | | | **$3,208.11** |

Sheet no. ___**4**___ of ___**8**___ continuation sheets attached to          Subtotal >     **$6,279.33**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Right Of Way Maintenance Equipment Company**          Case No.   **09-35037**

_____

(if known)

*AMENDED 9/29/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> John P. O'Hagan, Sr. <br> 2271 Teas Crossing Drive <br> Conroe, TX  77304 | | DATE INCURRED:  **6/2000** <br> CONSIDERATION: <br> **Cash Loan to ROWMEC** <br> REMARKS: | | | | $141,800.80 |
| ACCT #:  **4417-1286-0351-4652** <br> Karen E. O'Hagan <br> 15625 Tobacco Road <br> Montgomery, TX 77316 | | DATE INCURRED:  **2/21/2008** <br> CONSIDERATION: <br> **Operating Capital/Payroll** <br> REMARKS: <br> **Chase Credit Card** | | | | $609.70 |
| ACCT #:  **D080352** <br> King Kong Tools <br> 753 Church Street <br> Buford, GA 30518 | | DATE INCURRED:  **3/2009** <br> CONSIDERATION: <br> **Cutter Teeth** <br> REMARKS: | | | | $10,016.00 |
| ACCT #: <br> Lester Buzbee, III <br> 116 S. Avenue C <br> Humble, TX  77338 | | DATE INCURRED:  **12/2008** <br> CONSIDERATION: <br> **Legal Fees** <br> REMARKS: | | | | $947.31 |
| ACCT #:  **Inv.#8081096** <br> Lowe & Associates <br> 177 Meeting Street #400 <br> Charleston, SC 29401 | | DATE INCURRED: <br> CONSIDERATION: <br> **Legal** <br> REMARKS: | X | X | X | $19,334.14 |
| ACCT #: <br> M-Fab & Machine <br> 17781 Hwy 105 <br> Conroe, TX 77306 | | DATE INCURRED:  **2/2008** <br> CONSIDERATION: <br> **Machined Parts** <br> REMARKS: | | | | $15,527.50 |

Sheet no. ___**5**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$188,235.45**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re    **Right Of Way Maintenance Equipment Company**                                      Case No.    **09-35037**
                                                                                                                            (if known)

*AMENDED 9/29/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**O'Reilly Auto Parts**<br>**P.O. Box 790098**<br>**St Louis, MO 63179** | | DATE INCURRED:     **June 2009**<br>CONSIDERATION:<br>**Parts Purchased**<br>REMARKS: | | | | $167.51 |
| ACCT #:<br>**Old Dominion Freight Line**<br>**P.O. Box 841324**<br>**Dallas, Texas 75284** | | DATE INCURRED:     **7/6/2009**<br>CONSIDERATION:<br>**Freight Delivery Charges**<br>REMARKS: | | | | $1,554.04 |
| ACCT #:  **0070-0070-7542**<br>**Paychex, Inc.**<br>**11777 Katy Freeway #200**<br>**Houston, Texas 77079-1703** | | DATE INCURRED:     **6/2009**<br>CONSIDERATION:<br>**Payroll Processing Fees**<br>REMARKS: | | | | $261.93 |
| ACCT #:  **9000101041/575348**<br>**Premium Assignment Corp./**<br>**Catlin Specialty Ins. Group**<br>**P O Box 3066**<br>**Tallahassee, FL 32315** | | DATE INCURRED:<br>CONSIDERATION:<br>**Product Liabilty Insurance**<br>REMARKS:<br>**This Has not been entered in payables, as it**<br>**is in dispute, policy was nt renewed in**<br>**November but we got this bill.** | | | X | $2,633.83 |
| ACCT #:  **H40167-1**<br>**Principal Insurance**<br>**P O Box 14513**<br>**Des Moines, IA 50306-3513** | | DATE INCURRED:     **6/2009**<br>CONSIDERATION:<br>**Health Insurance**<br>REMARKS: | | | | $2,358.60 |
| ACCT #:<br>**Randy  Welch**<br>**14242 Carneswood**<br>**Tomball, TX 77375** | | DATE INCURRED:     **3/2009**<br>CONSIDERATION:<br>**Equipment - Side-Trimmer**<br>REMARKS: | | | | $13,000.00 |

Sheet no. ____**6**____ of ____**8**____ continuation sheets attached to        Subtotal >        $19,975.91
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                       Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Right Of Way Maintenance Equipment Company**  Case No.  **09-35037**
_____
(if known)

*AMENDED 9/29/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **40203** <br> **Risley Equipment** <br> **10820-89 Avenue** <br> **Grand Prairie, Alberta Canada T8* 6R7** | | DATE INCURRED: <br> CONSIDERATION: <br> **Equipment/Parts** <br> REMARKS: | | | | $255,304.30 |
| ACCT #: <br> **Rollling Thunder - Kat Meyers** <br> **11402 E. J. Hawk** <br> **Houston, Texas 77044** | | DATE INCURRED: <br> CONSIDERATION: <br> **Tractor** <br> REMARKS: <br> **Vender died/Wife at this addess** <br> **(Edwin Meyer) No Invoice available** | | | | $17,871.83 |
| ACCT #: <br> **Scott S. O'Hagan, Jr.** <br> **P O Box 977** <br> **New Waverly, TX 77358** | | DATE INCURRED:  **6/2000** <br> CONSIDERATION: <br> **Cash Loan to ROWMEC** <br> REMARKS: | | | | $79,927.64 |
| ACCT #:  **79-0002882-5** <br> **Shell** <br> **P. O. Box 689010** <br> **Des Moines, IA  50368-9010** | | DATE INCURRED:  **4/2009** <br> CONSIDERATION: <br> **Fuel** <br> REMARKS: | | | | $410.78 |
| ACCT #: <br> **Soapman of Texas** <br> **1414 S. Frazier #103** <br> **Conroe, TX 77301** | | DATE INCURRED:  **5/2009** <br> CONSIDERATION: <br> **Floor Dry** <br> REMARKS: | | | | $595.38 |
| ACCT #:  **1417** <br> **Soft Trac Supply** <br> **12 Phillips Drive SE** <br> **Carterville, GA  30121-2476** | | DATE INCURRED:  **12/2008** <br> CONSIDERATION: <br> **Tractor Parts** <br> REMARKS: | | | | $6,551.64 |

Sheet no. ___**7**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $360,661.57

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Right Of Way Maintenance Equipment Company**            Case No.   **09-35037**
                                                                              (if known)

*AMENDED 9/29/2009*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **62844**<br>**Strouhal Tire**<br>**P O Box 671579**<br>**Dallas, TX 75267-1579** | | DATE INCURRED:  **3/2009**<br>CONSIDERATION:<br>**Tire Repair**<br>REMARKS: | | | | **$875.10** |
| ACCT #:  **1100019521**<br>**SunSource Distribution**<br>**P O Box 200794**<br>**Dallas, TX 75320-0794** | | DATE INCURRED:  **2/2009**<br>CONSIDERATION:<br>**Parts**<br>REMARKS: | | | | **$4,743.55** |
| ACCT #:  **521832**<br>**Unifirst**<br>**12700 SH 30 Suite #100**<br>**College Station, TX 77845** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Uniforms**<br>REMARKS: | | | | **$394.24** |
| ACCT #:  **403E34**<br>**UPS**<br>**P O Box 7247-0244**<br>**Philadelphia, PA** | | DATE INCURRED:  **6/2009**<br>CONSIDERATION:<br>**Shipping Services**<br>REMARKS: | | | | **$105.29** |
| ACCT #:  **5490-5000-3002-8208**<br>**William S. O'Hagan, Jr.**<br>**15625 Tobacco Road**<br>**Montgomery, TX 77316** | | DATE INCURRED:  **2005**<br>CONSIDERATION:<br>**Cash/Operating Capital & Payroll**<br>REMARKS:<br>**Bank of America Credit Card** | | | | **$2,954.22** |
| ACCT #:<br>**William S. O'Hagan, Jr.**<br>**15625 Tobacco Road**<br>**Montgomery, TX 77316** | | DATE INCURRED:  **6/2000**<br>CONSIDERATION:<br>**Cash Loan to ROWMEC**<br>REMARKS: | | | | **$140,316.14** |

Sheet no. ___**8**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$149,388.54** |
|---|---|---|
|  | Total > | **$1,060,228.68** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Right Of Way Maintenance Equipment Company**          Case No.    **09-35037**

                                                              Chapter    **11**

*AMENDED 9/29/2009*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $625,000.00 | | |
| B - Personal Property | Yes | 10 | $1,535,578.73 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $629,184.49 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $1,060,228.68 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 24 | $2,160,578.73 | $1,689,413.17 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re **Right Of Way Maintenance Equipment Company**

Case No. **09-35037**
(if known)

*AMENDED 9/29/2009*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **22** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date O9  29  O9 _____

Signature _____

John P.O'Hagan, Sr.
President

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*