IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| RIGHT OF WAY MAINTENANCE § | |
| EQUIPMENT COMPANY § | |
| § | Case No. 09-35037 |
| DEBTOR § | |
| § | |

**SUPPLEMENTAL OBJECTION TO CONFIRMATION OF THIRD AMENDED PLAN
OF REORGANIZATION PROPOSED BY RIGHT OF WAY MAINTENANCE
EQUIPMENT COMPANY**

*TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:*

Chris Bandas, The Bandas Law Firm, Jeffrey D. Meyer, and Moulton & Meyer, LLP (collectively the "Bandas Parties"), creditors and parties in interests hereby file this supplemental objection to confirmation of the Third Amended Plan of Reorganization Proposed by Right of Way Maintenance Equipment Company (the "Plan"), as modified by the First Modification to Third Amended Plan ("First Modification") filed on June 17, 2010.  This Supplemental Objection addresses the First Modification as well as developments in the State Court Litigation which materially impact the return to creditors.  The Bandas Parties maintain their original timely initial Objection to Confirmation of Plan (copy attached as Exhibit A.  The grounds for this supplemental objection are as follows:

**Status of State Court Litigation**

1. In its Chapter 11 Plan, the Debtor submits that $591,144.93 is on deposit in the registry of the state court which might be available for distribution to Class 4 and Class 5 creditors if it prevails on its claims against the Bandas Parties.  However, the state court recently entered a summary judgment which will entitle the Bandas Parties to withdraw $218,543.64

from the Court registry. Therefore, this source of funding will not be available for the Debtor's other creditors.

## Plan Modification

2. The First Modification represents an attempt to remedy the fact that the Plan discriminates in favor of the Class 3 unsecured creditor, Risley Equipment, Inc. ("Risley"). Although Risley is an unsecured creditor, the Plan placed it in a separate class and proposed to pay it 100% of proceeds of the sale of certain equipment as if it were a secured creditor. The Bandas Parties objected to this discriminatory treatment. Apparently in recognition of the fact that this treatment was discriminatory, the Debtor filed the First Modification which provides that if the Court estimates the Bandas Parties claim and/or grants its objection, the Debtor may, in its sole discretion, move Risley into Class 4. This modification does not solve the problem for several reasons. First, until the Debtor decides what it intends to do, the Plan remains discriminatory. Second, the modification does not resolve any of the other objections contained in the Bandas Parties original confirmation objection. These objections are described in the attached Exhibit A.

WHEREFORE, the Bandas Parties pray that the Court deny confirmation and grant such other and further relief as is just and proper.

DATED: July 2, 2010

>Respectfully submitted,
>
>HOOVER SLOVACEK LLP
>
>By: /s/ Edward L. Rothberg
>EDWARD L. ROTHBERG
>State Bar No. 17313990
>MELISSA A. HASELDEN
>State Bar No. 00794778
>ANNIE E. CATMULL
>State Bar No. 00794932
>5847 San Felipe, Suite 2200
>Houston, Texas 77057
>Telephone: (713) 977-8686
>Facsimile: (713) 977-5395
>
>ATTORNEYS FOR CHRIS BANDAS, THE BANDAS LAW FIRM, JEFFREY D. MEYER, AND MOULTON & MEYER, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2010, a true and correct copy of the foregoing document was forwarded to all parties on the attached Service List via ECF and/or First Class Mail.

>/s/ Edward L. Rothberg
>EDWARD L. ROTHBERG

P a g e

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| RIGHT OF WAY MAINTENANCE § | |
| EQUIPMENT COMPANY § | |
| § | Case No. 09-35037 |
| DEBTOR § | |
| § | |

**OBJECTION TO CONFIRMATION OF THIRD AMENDED PLAN OF
REORGANIZATION PROPOSED BY RIGHT OF WAY MAINTENANCE
EQUIPMENT COMPANY**

*TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:*

Chris Bandas, The Bandas Law Firm, Jeffrey D. Meyer, and Moulton & Meyer, LLP (collectively the "Bandas Parties"), creditors and parties in interests hereby object to confirmation of the Third Amended Plan of Reorganization Proposed by Right of Way Maintenance Equipment Company (the "Plan"). The grounds for this objection are as follows:

**Introduction**

1. The Bandas Parties are attorneys who represented the Debtor in a lawsuit against Gyro-Trac.[1] The Bandas Parties obtained a judgment against Gyro-Trac, which has been affirmed by the Fifth Circuit Court of Appeals. Moreover, the Bandas Parties actually collected $3.6 million, representing the entire principal balance due. The Bandas Parties undertook this representation on a contingency fee basis and advanced hundreds of thousands of dollars in costs. Despite this phenomenal success, the Debtor sued the Bandas Parties for malpractice and has made this alleged "malpractice" claim the centerpiece of its Plan.

2. The Bandas Parties are creditors in this case with respect to the balance of fees

---

[1] The Gyro-Trac II Lawsuit.

due them in the Gyro-Trac II litigation. The Gyro-Trac II judgment proceeds are located in the registry of the 113th Judicial District Court of Harris County, Texas (the "State Court"). This is also the Court where the Debtor's claims against the Bandas Parties are pending. The automatic stay has been lifted to permit the State Court to adjudicate all issues between the parties including the entitlement to the funds in the court registry for payment of fees and expenses or other damages. The Plan preserves the right of the Bandas Parties to be paid from the registry proceeds.

3. However, the Bandas Parties also filed an unsecured claim in this case for attorneys' fees in the amount of $93,045.97 plus an undetermined amount for malicious prosecution.

4. On April 23, 2010, the Bandas Parties filed a Motion to Estimate their claim in the in the total amount of $334,902.16.[2]

5. The Bandas Parties have voted to reject the Plan.

## Grounds for Objection

6. The Bandas Parties' hold a general unsecured claim contained in Class 4. Until the Court estimates the Bandas Parties' claim it is impossible to tell whether Class 4 accepted the plan or whether it must be crammed down. If Class 4 has not accepted, the Plan cannot be confirmed. The reasons for this are as follows:

   a. Class 7 provides for the Allowed Interests of the Debtor's shareholders. It states that the shareholders shall retain their interests after confirmation.

   b. If Class 4 has not accepted the Plan, the treatment of Class 7 violates 11 U.S.C.

---

[2] This claim does not include amounts referred to above that are on deposit in the registry of the State Court. The stay has been lifted and ownership of those funds will be determined by the State Court. The claim the Bandas Parties seek to estimate is a general unsecured claim over and above the amounts sought which are held in the registry of the State Court.

§1129(b)(2)(B)(ii) which prohibits interest holders from receiving any consideration unless creditors are being paid in full with interest. The Plan does not provide for payment of Class 4 in full with interest. Therefore, if Class 4 has not accepted the Plan, it cannot be confirmed.

7. Contrary to §1129(a)(1), the Plan does not comply with the applicable provisions of Title 11. The reasons for this are as follows:

   a. The Plan places the unsecured claim of Risley Equipment, Inc., in a separate class (i.e. Class 3) and proposes to pay it in full with the proceeds of sale of a tractor. Even though Risley is an unsecured creditor, it is essentially being treated as a secured creditor entitled to the sale proceeds of a particular asset. This provision violates 11 U.S.C. §1122 regarding classification of claims. Neither the disclosure statement nor the Plan sets out any justifiable reason as to why Risley should be treated differently from the other unsecured creditors.

   b. The treatment also violates §1123(a)(4) which requires the same treatment for claim within a class unless the holder of such claim consents to a less favorable treatment. In other words, Risley should have been treated in Class 4, and it is highly unlikely that those creditors in Class 4 who voted in favor of the Plan did so with the knowledge that they were being treated less favorably than Risley.

8. Based on the disparate treatment of Classes 3 and 4 without any reasonable justification, the Plan unfairly discriminates between classes in violation of 11 U.S.C. §1129(b)(1).

9. The Plan and the Disclosure Statement fail to disclose the compensation to be paid to insiders as required by 11 U.S.C. §1129(a)(5)(B).

10. The Plan is not feasible as required by 11 U.S.C. §1129(a)(11). The reasons for this are as follows:

   a. Class 1 is the administrative claim class. It provides that administrative claims will be paid in full in cash. According to the latest Monthly Operating Report,[3] there are unpaid administrative claims in the amount of $26,985 for professional fees. However, this amount has not changed since September 2009. Surely, the amount due has increased, and there will be additional U.S. Trustee fees. The February MOR shows cash in the amount of $5,319.52. Therefore, the Debtor does not have sufficient cash on hand to pay administrative expenses. As such,

---

[3] The latest report is for February. The Debtor is delinquent with respect to the filing of its March report.

670948-1                                                                 P a g e | 3

the Plan which requires such claims to be paid in full in cash is not feasible.

b. Class 2 is the Allowed Secured Claim of Alltex Interior Supply in the amount of approximately $211,538. The Plan states that this debt is not in default and payments are current. The Plan does not set forth the monthly payment on this claim. According to MOR-7, the Debtor had been paying $2,609 for monthly secured rental/leases, but that amount has dropped recently to $750. Presumably, this was the payment to Alltex. Although Alltex may not have called a default, it does not appear that the Debtor has been able to remain current. There is nothing contained in the MOR which indicates that this situation will change in the future.

c. Class 4 consists of the general unsecured claims. The Plan provides for payments to this class in the amount of $7,500 per quarter for a period of 8 years, and indicates that this will generate a return of 60 cents on the dollar to unsecured creditors. The balance of the potential return under the Plan is supposed to come from the Debtor's alleged malpractice claims against the Bandas Parties. The Bandas Parties dispute that the creditors will generate any return from that litigation. Moreover, the financial information provided by the Debtor simply does not substantiate that it will be able to make the $7500 quarterly payments. Hence, the Plan is not feasible.

11. Section 12.3 of the Plan violates 11 U.S.C. §524(e) in that it purports to eliminate the liability of third parties other than the Debtor to the holders of claims or interests. These third parties include the Debtor's present or former directors, officers, employees, advisors, attorneys, and agents. Such third party releases were explicitly rejected by the Fifth Circuit Court of Appeals. *See In re Pacific Lumber Co.,* 584 F.3d 229, 251-252 (5th Cir. 2009).

P a g e | 5

WHEREFORE, the Bandas Parties pray that the Court deny confirmation and grant such other and further relief as is just and proper.

DATED: May 10, 2010

>Respectfully submitted,
>
>HOOVER SLOVACEK LLP
>
>By: */s/ Edward L. Rothberg*
>    EDWARD L. ROTHBERG
>    State Bar No. 17313990
>    MELISSA A. HASELDEN
>    State Bar No. 00794778
>    ANNIE E. CATMULL
>    State Bar No. 00794932
>    5847 San Felipe, Suite 2200
>    Houston, Texas 77057
>    Telephone: (713) 977-8686
>    Facsimile: (713) 977-5395
>
>ATTORNEYS FOR CHRIS BANDAS, THE BANDAS LAW FIRM, JEFFREY D. MEYER, AND MOULTON & MEYER, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2010, a true and correct copy of the foregoing document was forwarded to all parties on the attached Service List via ECF and/or First Class Mail.

>*/s/ Edward L. Rothberg*
>EDWARD L. ROTHBERG

670948-1                                                                                        P a g e | 5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 09-35037<br>Southern District of Texas<br>Houston<br>Fri Apr 23 11:59:45 CDT 2010 | BANDAS LAW FIRM, P.C.<br>500 North Shoreline, Suite 1020<br>Corpus Christi, TX 78471 | CAMBRIDGE MANAGEMENT GROUP, LLC<br>350 North Street<br>Dallas, TX 75207-4430 |
| Gyro-Trac (USA), Inc.<br>c/o Jennifer Queen, General Counsel<br>10 Flying Cloud Drive<br>Summerville, SC 29483-8113 | Gyro-Trac, Inc.<br>c/o Jennifer Queen, General Counsel<br>10 Flying Cloud Drive<br>Summerville, SC 29483-8113 | MOULTON & MEYER, LLP<br>800 Taft Street<br>Houston, TX 77019-2612 |
| Pendergraft & Simon LLP<br>The Riviana Building<br>2777 Allen Parkway, Suite 800<br>Houston, Tx 77019-2129 | Right of Way Maintenance Equipment Company<br>11443 Old Hwy 105 E.<br>Conroe, Tx 77303-5463 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| AT&T<br>P O Box 65057<br>Dallas, TX 75265 | Alamo Iron Works<br>P O Box 231<br>San Antonio, TX 78291-0231 | Alltex Interior Supply, Inc<br>P O Box 5533<br>Bryan, TX 77805-5533 |
| American Coatings<br>P O Box 1426<br>Tomball, TX 77377-1426 | Ample Computer Service<br>1528 Avenue O<br>Huntsville, TX 77340-4452 | Bandas Law Firm<br>500 N. Shoreline #1020<br>Corpus Christi, TX 78471 |
| Bandas Law Firm<br>C/o Michael S. Hays<br>1233 West Loop South, Suite 1000<br>Houston, Texas 77027-9109 | Bandas Law Firm, PC & Moulton & Meyer, LLP<br>c/o Edward L. Rothberg<br>Weycer, Kaplan, Pulaski & Zuber, PC<br>11 Greenway Plaza, Suite 1400<br>Houston, TX 77046-1130 | Bickley, Prescott & Company<br>901 Normal Park #2060<br>Huntville, TX 77320-3770 |
| Bio Fuel Consultants of North America<br>9250 Corkscrew Road, Suite 8<br>Estero, Fl 33928-3216 | CME-Conveying & Mining Equip.<br>8300 Hempstead * Suite A<br>Houston, Texas 77008-6175 | CMG/Cambridge Management Group, LLC<br>266 Harristown Road * Suite #300<br>Glen Rock, NJ 07452-3321 |
| CMG/Cambridge Management Group, LLC<br>C/O Alexander Chae<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5011 | CNH Capital<br>Dept. CH 10460<br>Palatine, ILL 60055-0460 | CNH Capital<br>P O Box 3038<br>Evansville, IN 47730-3038 |
| Capital One<br>P O Box 60599<br>CIty of Industry, CA 91716-0599 | Christopher R. Johnston<br>Firth, Johnston & Martinez<br>415 N. Mesa, Third Floor<br>El Paso, Texas 79901 | Conroe Mill Supply<br>P O Box 447<br>Conroe, TX 77305-0447 |
| Conroe Welding Supply<br>415 South Frazier<br>Conroe, TX 77301-5098 | Delta Dental/Allied Administrators<br>P O Box 45793<br>San Fransisco, CA 94145-0793 | Don Stocking<br>2040 N. Loop 336 West<br>Conroe, TX 77304-3500 |

| | | |
|---|---|---|
| Eager Beaver (Dietrich)<br>21838 Magnolia Hills Drive<br>Magnolia, Texas 77354-7633 | Exxon<br>P.O. Box 5727<br>Carol Stream, IL 601975727 | Flexaire Manufacturing<br>10430 - 180 Street<br>Edmonton, AB, Canda T55 1C3 |
| Home Depot Credit Services<br>P. O. Box 6029<br>The Lakes, NV 88901-6029 | Independent Hydraulic<br>P O Box 1127<br>Conroe, TX 77305-1127 | Inlands Technology<br>401 East 27th Street<br>Tcoma, WA 98421-1203 |
| J & S Equipment<br>1583 Memorial Lane<br>Conroe, TX 77304-1608 | J&B Auto<br>11635 Highway 105E<br>Conroe, TX 77306-5371 | Jim Hay / Uni-Fab<br>c/o Kevin R. Knight, Attorney of Law<br>PO Box 925<br>Madisonville, TX 77864-0925 |
| Joan M. O'Hagan<br>P. O. Box 853<br>New Waverly, TX 77358-0853 | John F. Bryan<br>8291 Lakeside Drive<br>Englewood, FL 34224-7687 | John O'Hagan, Sr.<br>2271 Teas Crossing Drive<br>Conroe, TX 77304-7301 |
| John P. O'Hagan, Sr.<br>2271 Teas Crossing Drive<br>Conroe, TX 77304-7301 | Karen E. O'Hagan<br>15625 Tobacco Road<br>Montgomery, TX 77316-2443 | King Kong Tools<br>753 Church Street<br>Buford, GA 30518-3358 |
| Lester Buzbee, III<br>116 S. Avenue C<br>Humble, TX 77338-4503 | Lowe & Associates<br>177 Meeting Street #400<br>Charleston, SC 29401-3189 | M-Fab & Machine<br>17781 Hwy 105<br>Conroe, TX 77306-5913 |
| Paychex, Inc.<br>11777 Katy Freeway #200<br>Houston, Texas 77079-1772 | Peterson Pacific Corporation<br>29408 Airport Road<br>Eugene, Oregon 97402-9541 | Pitney Bowes Global Finance Serv.<br>P. O. Box 856460<br>Louisville, KY 40285-6460 |
| Premium Assignment Corp./<br>Catlin Specialty Ins. Group<br>P O Box 3066<br>Tallahassee, FL 32315-3066 | Principal Insurance<br>P O Box 14513<br>Des Moines, IA 50306-3513 | Randy Welch<br>14242 Carneswood<br>Tomball, TX 77375-4009 |
| Risley Equipment<br>10820-89 Avenue<br>Grand Prairie, Alberta Canada T8* 6R7 | Rollling Thunder - Kat Meyers<br>11402 E. J. Hawk<br>Houston, Texas 77044-5867 | Scott A. O'Hagan, Sr.<br>P O Box 977<br>New Waverly, TX 77358-0977 |
| Shell<br>P. O. Box 689010<br>Des Moines, IA 50368-9010 | Soapman of Texas<br>1414 S. Frazier #103<br>Conroe, TX 77301-4475 | Soft Trac Supply<br>12 Phillips Drive SE<br>Carterville, GA 30121-2476 |

| | | |
|---|---|---|
| Strouhal Tire<br>P O Box 671579<br>Dallas, TX 75267-1579 | Strouhal Tire Co.<br>P O Box 7<br>Hungerford, Tx 77448-0007 | SunSource Distribution<br>P O Box 200794<br>Dallas, TX 75320-0794 |
| UPS<br>P O Box 7247-0244<br>Philadelphia, PA | UPS<br>P O Box 7247-0244<br>Philadelphia, PA  19170-0001 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Unifirst<br>12700 SH 30 Suite #100<br>College Station, TX 77845 | William S. O'Hagan Jr.<br>15625 Tobacco Road<br>Montgomery, Tx 77316-2443 | Wright Express Financial Services<br>PO Box 639<br>Portland, ME 04104-0639 |
| Christopher A Bandas<br>Bandas Law Firm, P.C.<br>500 N. Shoreline Boulevard<br>Suite 1020<br>Corpus Christi, TX 78471 | JEFFREY D. MEYER<br>800 Taft Street<br>Houston, TX 77019-2612 | Joe Bryan Bickley<br>901 Normal Park<br>Suite 206<br>Huntsville, TX 77320-3770 |
| Leonard H Simon<br>Pendergraft & Simon L.L.P.<br>2777 Allen Parkway<br>Ste 800<br>Houston, TX 77019-2129 | PATRICIA A. SHACKELFORD<br>802 N. Carancahua, Suite 2300<br>Corpus Christi, TX 78470 | ROBERT C. CURFISS<br>19826 Sundance Drive<br>Humble, TX 77346-1402 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Pendergraft & Simon, LLP | (u)The Shackelford Law Firm | (d)William S. O'Hagan, Jr.<br>15625 Tobacco Road<br>Montgomery, TX 77316-2443 |
| (u)Jim Hay | (u)Virgil Abke | End of Label Matrix<br>Mailable recipients    74<br>Bypassed recipients     5<br>Total                  79 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 09-35037<br>Southern District of Texas<br>Houston<br>Fri Apr 23 11:59:45 CDT 2010 | BANDAS LAW FIRM, P.C.<br>500 North Shoreline, Suite 1020<br>Corpus Christi, TX 78471 | CAMBRIDGE MANAGEMENT GROUP, LLC<br>350 North Street<br>Dallas, TX 75207-4430 |
| Gyro-Trac (USA), Inc.<br>c/o Jennifer Queen, General Counsel<br>10 Flying Cloud Drive<br>Summerville, SC 29483-8113 | Gyro-Trac, Inc.<br>c/o Jennifer Queen, General Counsel<br>10 Flying Cloud Drive<br>Summerville, SC 29483-8113 | MOULTON & MEYER, LLP<br>800 Taft Street<br>Houston, TX 77019-2612 |
| Pendergraft & Simon LLP<br>The Riviana Building<br>2777 Allen Parkway, Suite 800<br>Houston, Tx 77019-2129 | Right of Way Maintenance Equipment Company<br>11443 Old Hwy 105 E.<br>Conroe, Tx 77303-5463 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| AT&T<br>P O Box 65057<br>Dallas, TX  75265 | Alamo Iron Works<br>P O Box 231<br>San Antonio, TX 78291-0231 | Alltex Interior Supply, Inc<br>P O Box 5533<br>Bryan, TX 77805-5533 |
| American Coatings<br>P O Box 1426<br>Tomball, TX 77377-1426 | Ample Computer Service<br>1528 Avenue O<br>Huntsville, TX 77340-4452 | Bandas Law Firm<br>500 N. Shoreline #1020<br>Corpus Christi, TX 78471 |
| Bandas Law Firm<br>C/o Michael S. Hays<br>1233 West Loop South, Suite 1000<br>Houston, Texas 77027-9109 | Bandas Law Firm, PC & Moulton & Meyer, LLP<br>c/o Edward L. Rothberg<br>Weycer, Kaplan, Pulaski & Zuber, PC<br>11 Greenway Plaza, Suite 1400<br>Houston, TX 77046-1130 | Bickley, Prescott & Company<br>901 Normal Park #2060<br>Huntville, TX 77320-3770 |
| Bio Fuel Consultants of North America<br>9250 Corkscrew Road, Suite 8<br>Estero, Fl 33928-3216 | CME-Conveying & Mining Equip.<br>8300 Hempstead * Suite A<br>Houston, Texas 77008-6175 | CMG/Cambridge Management Group, LLC<br>266 Harristown Road * Suite #300<br>Glen Rock, NJ 07452-3321 |
| CMG/Cambridge Management Group, LLC<br>C/O Alexander Chae<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5011 | CNH Capital<br>Dept. CH 10460<br>Palatine, ILL 60055-0460 | CNH Capital<br>P O Box 3038<br>Evansville, IN 47730-3038 |
| Capital One<br>P O Box 60599<br>CIty of Industry, CA  91716-0599 | Christopher R. Johnston<br>Firth, Johnston & Martinez<br>415 N. Mesa, Third Floor<br>El Paso, Texas 79901 | Conroe Mill Supply<br>P O Box 447<br>Conroe, TX 77305-0447 |
| Conroe Welding Supply<br>415 South Frazier<br>Conroe, TX 77301-5098 | Delta Dental/Allied Administrators<br>P O Box 45793<br>San Fransisco, CA 94145-0793 | Don Stocking<br>2040 N. Loop 336 West<br>Conroe, TX 77304-3500 |

| | | |
|---|---|---|
| Eager Beaver (Dietrich)<br>21838 Magnolia Hills Drive<br>Magnolia, Texas 77354-7633 | Exxon<br>P.O. Box 5727<br>Carol Stream, IL 601975727 | Flexaire Manufacturing<br>10430 - 180 Street<br>Edmonton, AB, Canda T55 1C3 |
| Home Depot Credit Services<br>P. O. Box 6029<br>The Lakes, NV 88901-6029 | Independent Hydraulic<br>P O Box 1127<br>Conroe, TX 77305-1127 | Inlands Technology<br>401 East 27th Street<br>Tcoma, WA 98421-1203 |
| J & S Equipment<br>1583 Memorial Lane<br>Conroe, TX 77304-1608 | J&B Auto<br>11635 Highway 105E<br>Conroe, TX 77306-5371 | Jim Hay / Uni-Fab<br>c/o Kevin R. Knight, Attorney of Law<br>PO Box 925<br>Madisonville, TX 77864-0925 |
| Joan M. O'Hagan<br>P. O. Box 853<br>New Waverly, TX 77358-0853 | John F. Bryan<br>8291 Lakeside Drive<br>Englewood, FL 34224-7687 | John O'Hagan, Sr.<br>2271 Teas Crossing Drive<br>Conroe, TX 77304-7301 |
| John P. O'Hagan, Sr.<br>2271 Teas Crossing Drive<br>Conroe, TX 77304-7301 | Karen E. O'Hagan<br>15625 Tobacco Road<br>Montgomery, TX 77316-2443 | King Kong Tools<br>753 Church Street<br>Buford, GA 30518-3358 |
| Lester Buzbee, III<br>116 S. Avenue C<br>Humble, TX 77338-4503 | Lowe & Associates<br>177 Meeting Street #400<br>Charleston, SC 29401-3189 | M-Fab & Machine<br>17781 Hwy 105<br>Conroe, TX 77306-5913 |
| Paychex, Inc.<br>11777 Katy Freeway #200<br>Houston, Texas 77079-1772 | Peterson Pacific Corporation<br>29408 Airport Road<br>Eugene, Oregon 97402-9541 | Pitney Bowes Global Finance Serv.<br>P. O. Box 856460<br>Louisville, KY 40285-6460 |
| Premium Assignment Corp./<br>Catlin Specialty Ins. Group<br>P O Box 3066<br>Tallahassee, FL 32315-3066 | Principal Insurance<br>P O Box 14513<br>Des Moines, IA 50306-3513 | Randy Welch<br>14242 Carneswood<br>Tomball, TX 77375-4009 |
| Risley Equipment<br>10820-89 Avenue<br>Grand Prairie, Alberta Canada T8* 6R7 | Rollling Thunder - Kat Meyers<br>11402 E. J. Hawk<br>Houston, Texas 77044-5867 | Scott A. O'Hagan, Sr.<br>P O Box 977<br>New Waverly, TX 77358-0977 |
| Shell<br>P. O. Box 689010<br>Des Moines, IA  50368-9010 | Soapman of Texas<br>1414 S. Frazier #103<br>Conroe, TX 77301-4475 | Soft Trac Supply<br>12 Phillips Drive SE<br>Carterville, GA  30121-2476 |

| | | |
|---|---|---|
| Strouhal Tire<br>P O Box 671579<br>Dallas, TX 75267-1579 | Strouhal Tire Co.<br>P O Box 7<br>Hungerford, Tx 77448-0007 | SunSource Distribution<br>P O Box 200794<br>Dallas, TX 75320-0794 |
| UPS<br>P O Box 7247-0244<br>Philadelphia, PA | UPS<br>P O Box 7247-0244<br>Philadelphia, PA  19170-0001 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Unifirst<br>12700 SH 30 Suite #100<br>College Station, TX 77845 | William S. O'Hagan Jr.<br>15625 Tobacco Road<br>Montgomery, Tx 77316-2443 | Wright Express Financial Services<br>PO Box 639<br>Portland, ME 04104-0639 |
| Christopher A Bandas<br>Bandas Law Firm, P.C.<br>500 N. Shoreline Boulevard<br>Suite 1020<br>Corpus Christi, TX 78471 | JEFFREY D. MEYER<br>800 Taft Street<br>Houston, TX 77019-2612 | Joe Bryan Bickley<br>901 Normal Park<br>Suite 206<br>Huntsville, TX 77320-3770 |
| Leonard H Simon<br>Pendergraft & Simon L.L.P.<br>2777 Allen Parkway<br>Ste 800<br>Houston, TX 77019-2129 | PATRICIA A. SHACKELFORD<br>802 N. Carancahua, Suite 2300<br>Corpus Christi, TX 78470 | ROBERT C. CURFISS<br>19826 Sundance Drive<br>Humble, TX 77346-1402 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Pendergraft & Simon, LLP | (u)The Shackelford Law Firm | (d)William S. O'Hagan, Jr.<br>15625 Tobacco Road<br>Montgomery, TX 77316-2443 |
| (u)Jim Hay | (u)Virgil Abke | End of Label Matrix<br>Mailable recipients   74<br>Bypassed recipients    5<br>Total                 79 |